# Exhibit 5

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAGOP HADJIAN, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC, a New Jersey corporation<br><br>    Defendant. | Case No. 1:21-cv-00469-SCJ<br><br>**EXPERT REPORT OF KEVIN LANE KELLER** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    I, Kevin Lane Keller, declare as follows:

2    1.    I make this declaration based upon my personal knowledge and, if

3    called as a witness, could and would testify competently to the matters stated here.

4    2.    I am the E. B. Osborn Professor of Marketing at the Tuck School of

5    Business at Dartmouth College.  I received a Bachelor's degree in Mathematics and

6    Economics (with distinction in all subjects) from Cornell University in 1978, an

7    M.B.A. (with an emphasis in Marketing) from Carnegie Mellon University's

8    Graduate School of Industrial Administration in 1980, and a Ph.D. in Marketing

9    from Duke University's Fuqua School of Business in 1986.

10    3.    I have been at Dartmouth since 1998.  From 1987-1995, I was on the

11    faculty of the Graduate School of Business at Stanford University, where I received

12    tenure and also served as the head of the marketing group.  Additionally, I have

13    been on the faculty of the Schools of Business Administration at the University of

14    California at Berkeley and the University of North Carolina at Chapel Hill.  I have

15    been a Visiting Professor at Duke University and the Australian Graduate School of

16    Management and have two years of industry experience as a Marketing Consultant

17    for Bank of America.

18    4.    I have taught Ph.D. courses on consumer behavior research in

19    marketing.  I have also taught M.B.A. courses on marketing management, strategic

20    brand management, and marketing communications and have lectured in executive

21    programs on those topics.

22    5.    Marketing is an academic area within business schools that is devoted

23    to the study of how organizations conduct—or should conduct—their marketing

24    practices, based on the conceptual foundations of consumer behavior.  My general

25    areas of research expertise and interest within marketing are branding and

26    marketing strategy and planning.  My specific research interest is to understand

27    how concepts related to consumer behavior can improve marketing, branding and

28    communication strategies.  My research has been published in the top peer-

reviewed marketing journals—the *Journal of Marketing*, *Journal of Marketing Research*, and *Journal of Consumer Research*. I have also served on the Editorial Review Boards of those journals.

6.    With over 135 published papers, I am one of the most highly cited of all marketing academics and have received numerous awards for my research accomplishments from organizations such as the American Marketing Association, Marketing Science Institute, Association for Consumer Research, and American Psychological Association. My article, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," received the 1994 Harold H. Maynard award as the *Journal of Marketing* article making the most significant contribution to marketing theory and thought, and the 2003 Sheth Foundation/Journal of Marketing Award recognizing articles published in the journal that have made lasting contributions to the discipline of marketing. This and another article, "Consumer Evaluations of Brand Extensions," were listed by INFORMS Society for Marketing Science in 2007 among the top 20 marketing science papers written in the past 25 years that have most affected the practice of marketing science. I also was awarded the 2009 Twenty-Five Year Consortium Fellow Research Excellence Award from the American Marketing Association Foundation.

7.    I am currently conducting a variety of academic research projects to study various marketing, branding and communication issues. My textbook, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, the fifth edition of which was published in 2020 by Pearson, has been heralded as the "bible of branding" and adopted at top business schools around the world and translated in many languages. I am also the co-author, with Philip Kotler, of *Marketing Management*, the most widely adopted MBA marketing textbook in graduate business schools worldwide. The 16th edition was published in June 2021.

8.    Outside of my academic work, I served as an Academic Trustee from 2000 to 2006, as Executive Director from 2013 to 2015 and as a member of the Executive Committee and Board from 2015 to 2022 for the prestigious Marketing Science Institute, a non-profit organization that brings together marketing leaders from top companies and accomplished marketing academics to bridge the gap between marketing science theory and business practice.

9.    I have also served as a long-time marketing consultant and confidant to senior marketers for some of the world's most successful companies, such as Accenture, American Express, Disney, Intel, Levi Strauss, Nike, Procter & Gamble, and Samsung.  Additional brand consulting activities have been with other top companies such as Adobe, Allstate, Beiersdorf (Nivea), BJs, BlueCross BlueShield, Campbell, Capital One, Caterpillar, Colgate, Combe, Eli Lilly, ExxonMobil, General Mills, GfK, Goodyear, Hasbro, Heineken, Intuit, Irving Oil, Johnson & Johnson, Kodak, L.L. Bean, Mayo Clinic, MTV, Nordstrom, Ocean Spray, Red Hat, SAB Miller, Serta, Shell Oil, Starbucks, Time Warner Cable, Unilever, and Young & Rubicam.

10.    I have much prior industry experience with automotive clients.  I have advised both Hyundai and Audi's European marketing divisions on the future of brands and branding.  I had a decades-long consulting partnership with Ford Motor Company that involved a variety of different marketing projects.  I helped them develop market positioning strategies for several new product introductions, including their Flex and Escape models.  I also helped them develop a state-of-the-art brand tracking methodology to monitor customer perceptions, preferences, and behaviors.  I trained a number of their executives inside and outside of their marketing departments as to best marketing practices.  Finally, I served on their Marketing Competency Board, an advisory board tasked with improving marketing skills and acumen at all levels of the company.

11.    I have made keynote speeches and conducted workshops with top executives in a wide variety of forums.  Some of my senior management and marketing training clients have included such diverse business organizations as AT&T, Bristol Myers Squibb, Cisco, Coca-Cola, Deutsche Telekom, ExxonMobil, Fidelity, GE, Google, Hershey, Hyundai, IBM, Macy's, Microsoft, Novartis, PepsiCo, S.C. Johnson, and Wyeth.  I have lectured at over 150 conferences, conventions, seminars, and symposiums all over the world, from Seoul to Johannesburg, from Sydney to Stockholm, and from Sao Paulo to Mumbai.

12.    A full list of my publications can be found in my curriculum vitae attached as Appendix A.  I have also served as an expert witness in cases involving various marketing, branding and communication issues.  A complete list of my testimony in these cases in the past four years is attached as Appendix B.

## I.    ASSIGNMENT AND MATERIALS RELIED UPON

13.    This proposed class action relates to plaintiff's claims of an alleged defect with the bumper covers and air inlets of certain 2016–present Mercedes-Benz AMG models ("Class Vehicles").[1]  Plaintiff alleges that MBUSA failed to disclose that Class Vehicles' bumper covers and air inlets are "defectively designed"[2] and that Class Vehicles "lack adequate, or any, bumper or air inlet covers for protection of their radiators, which may result in physical radiator damage (the "Defect").[3]  Plaintiff claims that, had MBUSA disclosed the alleged issue with Class Vehicles' bumper covers and air inlets, "Plaintiffs and Class

---

[1] According to plaintiff, Class Vehicles include 2016–2023 AMG C63 vehicles, 2016–2023 AMG E63 vehicles, 2016–2021 AMG S63 vehicles, 2016–2019 and 2022–2023 AMG SL63 vehicles, 2017–2023 AMG SL65 vehicles, 2018–2021 AMG GLC63 vehicles, 2016–2023 AMG GLE63 vehicles, and 2016–2023 AMG GLS63 vehicles.  Plaintiff's Brief in Support of Motion for Class Certification, *Hagop Hadjian, individually, and on behalf of a class of similarly situated individuals, v. Mercedes-Benz USA, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:21-cv-00469-ELR, February 9, 2024 ("Motion for Class Certification"), p. 1.  I understand from counsel that model-years 2019–2023 of the AMG SL65 model do not exist.

[2] Motion for Class Certification, p. 3.

[3] Motion for Class Certification, p. 1.

Members would not have purchased or leased the Class Vehicles on the same terms or would have paid less for them,"[4] and that "[a]ll members of the Class have been harmed in the same way by overpaying" for Class Vehicles.[5]

14.    I have been asked by counsel for MBUSA to evaluate consumer car-buying behavior in order to assess whether knowledge of the alleged issue with the Class Vehicles' bumper covers and air inlets would have influenced the purchasing decisions of all consumers who make up the proposed Class.[6]

15.    I am being compensated at my standard billing rate of $1,100 per hour. I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinion or the outcome of this or any other matter.

16.    A list of the materials I considered is attached as Appendix C.  My work is ongoing and I may update and revise my conclusions as I review additional information, including, but not limited to, any expert reports and testimony of plaintiff's expert witnesses.

---

[4] First Amended Complaint – Class Action, *Hagop Hadjian and John Alcorn, individually, and on behalf of a class of similarly situated individuals v. Mercedes-Benz USA, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:21-cv-00469-SCJ, April 15, 2021 ("Complaint"), ¶ 12.

[5] Motion for Class Certification, p. 20.

[6] Plaintiff proposes a "UCL Class" ("[a]ll persons who purchased or leased any model year 2020-2023 Class Vehicle in the State of California"), a "CLRA Class" ("[a]ll members of the Class who are 'consumers' within the meaning of California Civil Code § 1761(d) and purchased or leased 2020-2023 Class Vehicles"), and an "Implied Warranty Class" ("All persons who purchased or leased any Class Vehicle in the State of California") – collectively, the "Class." Motion for Class Certification, p. 6.

## II.   INTRODUCTION

17.    Car buying is often a complex, individualized, and "high involvement" decision.[7]  Next to buying a house, buying a car can be the largest financial purchase most consumers ever make.  Yet, individual consumers vary in how much information they gather, what information they gather, when, where, and how they gather it, how they evaluate alternatives, and how they use that information to make their purchase decisions.  Individual consumers' unique situations, attitudes, prior beliefs and experiences, priorities, and motivations all come into play in the car-buying process.

18.    No two consumers' car-buying experiences and processes are the same.  For example, some consumers extensively research third-party sources, while others do not.  Some are heavily influenced by their own experience with particular brands of vehicles, while others are influenced by their friends' or family members' experiences.  Some are knowledgeable about the potential for specific issues arising prior to purchasing a car, while others are not.

19.    Consumers also vary individually in how they use and value their cars.  Some use their vehicles primarily for commuting, while others use their vehicles primarily for leisure or for transporting passengers.  Some focus on the design and quality of the interior, others care more about innovative technology, powertrain performance, or safety.

20.    Finally, purchasing experiences are also different.  Some consumers purchase their vehicles, some lease, some purchase certified pre-owned vehicles from authorized dealers, and some purchase used cars from third parties.  Some

---

[7] See, generally, Assael, Henry, *Consumer Behavior: A Strategic Approach* (Boston, MA: Houghton Mifflin Company), 2004, pp. 29–30, 37, 40; Hoyer, Wayne D., Deborah J. MacInnis, and Rik Pieters, *Consumer Behavior*, 7th Edition (Boston, MA: Cengage Learning), 2018, pp. 11–13; Laurent, Gilles, and Jean-Noël Kapferer, "Measuring Consumer Involvement Profiles," *Journal of Marketing Research*, Vol. 22, No. 1, 1985, pp. 41–53; Zaichkowsky, Judith Lynne, "Measuring the Involvement Construct," *Journal of Consumer Research*, Vol. 12, No. 3, 1985, pp. 341–352.

consumers negotiate terms, others do not.  Some consumers use financing and others pay in full.

21.     Notwithstanding these differences, plaintiff in this case would claim that all proposed Class members are similarly situated by incorrectly assuming that all proposed Class members would uniformly consider the alleged issue with the bumper covers and air inlets to be important in their decisions to purchase Class vehicles, and that all proposed Class members' purchasing decisions would have been influenced by knowledge of the alleged issue.  Plaintiff in this case would also claim that the transaction prices paid by proposed Class members for the Class Vehicles would be uniformly lower with knowledge of the alleged issue.

22.     From a consumer behavior and marketing perspective, these assumptions are invalid as these issues are individualized and not uniform.  Specifically, my analysis in this report leads me to conclude that Proposed Class members would vary:  (i) in the information they gathered and relied upon prior to purchasing their Class Vehicles, (ii) in their preferences and priorities for Class Vehicles' attributes and features, and (iii) in the strategies adopted for their decisions to purchase Class Vehicles.  As a result, proposed Class members would vary in pre-purchase knowledge of the alleged issue with Class Vehicles' bumper covers and air inlets, and would vary in the extent to which the alleged issue would matter to them and ultimately affect their Class Vehicle purchasing decisions.

23.     Importantly, the alleged issue with the Class Vehicles' bumper covers and air inlets would likely not have influenced the purchasing decisions of some proposed Class members, including:

    a.     Proposed Class members who may have been aware of the alleged issue with the Class Vehicles' bumper covers and air inlets through publicly available information, and nonetheless decided to purchase their Class Vehicles;

    b.     Proposed Class members who may have assigned more importance to certain attributes and features of Class Vehicles that they like (such

as speed and performance), and placed little or no importance on other features, such as the alleged issue with Class Vehicles' bumper covers and air inlets. These would include proposed Class members who were willing to trade off Class Vehicles' engine performance with Class Vehicles' repair and maintenance costs.

24.   My analysis also leads me to conclude that the transaction prices paid by consumers vary, even for identical vehicles, due to idiosyncratic factors such as proposed Class members' negotiation skills, the dealer's competitive conditions, dealer inventories and sales quotas, and consumers' credit histories. Because of the variation in these idiosyncratic factors, the extent to which knowledge of the alleged issue with Class Vehicles' bumper covers and air inlets would have influenced the purchase prices paid would vary across proposed Class members.

**III.   INDIVIDUAL CONSUMERS VARY IN THE INFORMATION THEY GATHER AND RELY ON, IN THEIR PREFERENCES FOR DIFFERENT CAR ATTRIBUTES, AND IN THEIR VEHICLE SELECTION PROCESSES, RESULTING IN HETEROGENEOUS VEHICLE PURCHASING DECISIONS**

25.   In this Section, I highlight the extensive Marketing and Consumer Behavior academic literature, as well as the considerable market research from the automotive industry, relevant to my assignment. I show that vehicle buyers (including members of the proposed Class) differ in the type and amount of information they consult and rely on prior to purchasing a vehicle, in their preferences for different vehicle attributes and features, in the strategies they adopt for deciding which vehicle to buy, and in several individual characteristics that may affect the prices they pay for a vehicle (for example, their negotiation ability). As a result of this analysis, I show that consumers' vehicle purchasing decisions and the prices they pay for these vehicles depend on myriad individual factors and circumstances that are specific to each buyer and transaction.

26.   This heterogeneity in consumer behavior also implies that the importance of each of these factors in consumers' purchasing decisions varies across consumers (*e.g.*, safety considerations may be influential in the purchasing

decisions of some consumers, but not in the decisions of others).  Thus, as discussed in Section IV, an individualized inquiry would be required in order to assess whether and to what extent any proposed Class member's purchasing decision and price paid for Class Vehicles would have been influenced by knowledge of the alleged issue with Class Vehicles' bumper covers and air inlets.

### A.   Individual Consumers Vary in The Information They Gather and Rely On

27.    As a general matter, consumers' information needs vary, and therefore, consumers vary in how much information they gather.[8]  For example, 30% of U.S. consumers spend less than four hours researching possible vehicles. On the other hand, 42% of U.S. consumers spend more than ten hours researching possible vehicles.[9]  Furthermore, studies have shown that more educated consumers and those with higher incomes spend less time researching possible vehicles, while consumers who were dissatisfied with their former vehicles spend more time researching their next vehicle purchase.[10]

28.    Not only do consumers vary in the amount of information they gather, but they also differ in the degree to which they use any of the available sources of information in their purchasing decisions.  For example, a 2017 survey study on car buyers shows that some buyers only consult "offline" sources of information (*e.g.*,

---

[8] See "2018 Deloitte Global Automotive Consumer Study – Module 2: Customer Experience & Digital Engagement," *Deloitte*, February 2018, https://www2.deloitte.com/content/dam/Deloitte/it/Documents/consumer-business/Automotive_Study_2018_modulo2.pdf, pp. 3–8.  See also Jang, Sungha, Ashutosh Prasad, and Brian T. Ratchford, "Consumer Search of Multiple Information Sources and its Impact on Consumer Price Satisfaction," *Journal of Interactive Marketing*, Vol. 40, 2017, pp. 24–40 at 24–26, 31–32.

[9] See "2018 Deloitte Global Automotive Consumer Study – Module 2: Customer Experience & Digital Engagement," *Deloitte*, February 2018, https://www2.deloitte.com/content/dam/Deloitte/it/Documents/consumer-business/Automotive_Study_2018_modulo2.pdf, p. 6.

[10] See Jang, Sungha, Ashutosh Prasad, and Brian T. Ratchford, "Consumer Search of Multiple Information Sources and its Impact on Consumer Price Satisfaction," *Journal of Interactive Marketing*, Vol. 40, 2017, pp. 24–40 at 31.

friends and family) prior to purchasing a vehicle, while other car buyers move back and forth between offline and online sources several times prior to their purchase.[11] As a result, some consumers may be familiar with a large amount of information about a specific vehicle from manufacturer, distributor, dealer, or third-party websites, while others may have primarily collected information from conversations with family and friends about their personal experiences with the vehicle or brand of vehicles.[12]

29.    Consumers also vary in the specific sources of information they consider, and in the importance they assign to those different sources of information when making car-purchasing decisions.  While some consumers will review and rely on information from car manufacturers and distributors — *e.g.*, from advertising materials, owner's manuals, or warranty booklets — others will not and will instead rely on the insights and recommendations from a wide variety of unaffiliated third-party sources.

30.    Third-party sources available to consumers include such well-known information providers as *Consumer Reports*, *Kelley Blue Book*, *Autotrader, Car and Driver,* and *Edmunds.com*.[13]  Unaffiliated third-party sources purport to

---

[11] "The Future of Car Sales Is Omnichannel," *Bain & Company*, September 13, 2017, https://www.bain.com/insights/the-future-of-car-sales-is-omnichannel/, Figure 2.

[12] "The Future of Car Sales Is Omnichannel," *Bain & Company*, September 13, 2017, https://www.bain.com/insights/the-future-of-car-sales-is-omnichannel ("...friends, family and colleagues are the most influential and trusted sources when deciding on a new car…44% of buyers follow recommendations they get in their private environment.").

[13] These third-party sources all have a wide reach among consumers.  For example, with more than 28 million unique monthly visitors, *Kelley Blue Book* and *Autotrader* combined reach 59% of all car buyers, who spend an average of 52 minutes on these websites.  See "KBB.com and Autotrader," *Kelley Blue Book*, Https://b2b.kbb.com/resources/why-kbb-com-and-autotrader/. Similarly, *Consumer Reports*, *Car and Driver*, and *Edmunds.com* have online audiences of about 11 million, 18 million, and 12 million unique visitors per month, respectively.  See "2022 Impact Report," *Consumer Reports*, 2022, https://www.consumerreports.org/annual-report/2022/impact-report/#:~:text=CR%20has%20a%20wide%20reach,ConsumerReports.org%2C%20each%20month; "Visitor Demographics," *Edmunds.com*, https://www.edmunds.com/dealers/visitor-demographics.html; "Car and Driver and The Fesco Group Launch All-New Wireless Intellidash Pro," *PR Newswire*, September 20, 2021, https://www.prnewswire.com/news-releases/car-and-driver-and-the-fesco-group-launch-all-new-wireless-intellidash-pro-301379803.html.

provide independent, fact-based overall assessments of cars.  For example, *Kelley Blue Book* examines vehicles' interior and exterior, engines and powertrain, rides and handling, features, comfort, and prices in formulating their ratings.[14]  For many consumers, these third-party sources are often considered a reliable and more important source of information about cars than manufacturer and distributor communications.[15]  For example, according to one study, vehicle buyers spent 62% of their time shopping online on third-party websites.[16]

31.    Importantly, the ratings that Class Vehicles received from these independent, third-party sources were very positive, reflecting the solid reputation that Class Vehicles generally enjoy among consumers.  For example, *Car and Driver* concludes that some Mercedes-Benz AMG vehicles are a "perfect blend of performance and luxury," and "compete with the world's best sports cars."[17]

32.    Some consumers, however, may not even consider information from third-party sources when making a decision to purchase a vehicle.  Consumers process information in a highly cluttered environment,[18] in which their exposure to or assessment of any given piece of information may be affected by the other information sources they have already consulted.[19]  Moreover, given the myriad of

---

[14] "How Kelley Blue Book Rates Cars," *Kelley Blue Book*, August 26, 2021, https://www.kbb.com/car-news/how-kelley-blue-book-rates-cars/.

[15] See, e.g., "2015 Automotive Buyer Influence Study: Sources that Influence Purchase," *Cox Automotive*, 2015, https://www.coxautoinc.com/wp-content/uploads/2015/01/2015AutomotiveBuyerInfluenceStudyBrochureSNGL.pdf; "2014 Global Automotive Consumer Study: The changing nature of mobility," *Deloitte*, June 2014, https://www2.deloitte.com/content/dam/Deloitte/au/Documents/manufacturing/deloitte-au-mfg-2014-global-automotive-consumer-study-changing-nature-mobility-290914.pdf, p. 20.

[16] "2017 Car Buyer Journey," *Cox Automotive and IHS Markit*, 2017, https://www.coxautoinc.com/wp-content/uploads/2017/01/132420_Car-Buyer-Journey_Study-Brochure_Final-Update.pdf, p. 4.

[17] "Mercedes-AMG," *Car and Driver*, https://www.caranddriver.com/mercedes-amg.

[18] Keller, Kevin Lane, "Building strong brands in a modern marketing communications environment," *Journal of Marketing Communications*, Vol. 15, Nos. 2–3, 2009, pp. 139–155 at 142.

[19] For example, research shows that different levels of consumer "informedness" (how informed a consumer believes he or she is) may influence how receptive consumers are to different sales

available information regarding vehicles from both formal and informal sources, and given consumers' limited ability to process information, many consumers may choose not to review or process specific communications regarding a particular vehicle, even if they are generally interested in such statements.[20]  As noted above, consumers also vary in the amount of time spent researching a purchase decision,[21] and in the ways in which they seek information.[22]  As a result, not all sources of information are used by all consumers, and individual consumers differ in the degree to which they seek out or use any of the available sources of information in their purchasing decisions.

33.    Some consumers would not consider information from third-party sources because of their reliance on personal experience, word of mouth, or advice from friends and family in purchasing a vehicle.[23]  Studies of car buyers show that Mercedes-Benz vehicles score highly on brand and model loyalty,[24] suggesting

---

tactics when making a vehicle purchase decision.  Hochstein, Bryan, et al., "Adapting influence approaches to informed consumers in high-involvement purchases: are salespeople really doomed?" *Journal of the Academy of Marketing Science*, Vol. 47, No. 1, 2019, pp. 118–137 at 118, 120, 128–130.

[20] There is a well-established literature on the information-processing approach to the study of consumer choice.  See, for example, Assael, Henry, *Consumer Behavior: A Strategic Approach* (Boston, MA: Houghton Mifflin Company), 2004, Chapter 7, pp. 182–213; Bettman, James R., Mary Frances Luce, and John W. Payne, "Constructive Consumer Choice Processes," *Journal of Consumer Research*, Vol. 25, No. 3, 1998, pp. 187–217.

[21] "2018 Deloitte Global Automotive Consumer Study – Module 2: Customer Experience & Digital Engagement," *Deloitte*, February 2018, https://www2.deloitte.com/content/dam/Deloitte/it/Documents/consumer-business/Automotive_Study_2018_modulo2.pdf, p. 6.

[22] "The Future of Car Sales Is Omnichannel," *Bain & Company*, September 13, 2017, https://www.bain.com/insights/the-future-of-car-sales-is-omnichannel/, Figure 2.

[23] "The Future of Car Sales Is Omnichannel," *Bain & Company*, September 13, 2017, https://www.bain.com/insights/the-future-of-car-sales-is-omnichannel/, Figure 5; Feng, Jie, and Purushottam Papatla, "Is Online Word of Mouth Higher for New Models or Redesigns? An Investigation of the Automobile Industry," *Journal of Interactive Marketing*, Vol. 26, No. 2, 2012, pp. 92–101 at 98–99.

[24] A survey of used-car buyers found that Mercedes-Benz vehicle owners were the second most loyal, behind Lexus owners. "Which Car Brands Have the Most (and Least) Loyal Owners?" *CarMax*, July 12, 2018, https://www.carmax.com/articles/ranking-car-brands-most-and-least-loyal-owners.  Another study by Experian Automotive ranked the Mercedes-Benz brand third in

many repeat purchase decisions by Mercedes-Benz drivers are driven by favorable personal experiences.  Furthermore, industry studies show that family and friends are among the most trusted[25] and impactful[26] sources of information for U.S. consumers.  These findings are corroborated by academic research.[27]  Because each consumer has a unique set of friends, family members, and experiences, these intrapersonal or interpersonal influences on his or her purchase decision will be similarly distinctive.

34.    Finally, even for those consumers who are willing and able to pay attention to manufacturer, distributor, or third-party information sources, there is often a lag between a consumer's exposure to such communications and the actual purchasing decision.  Thus, whether information from the manufacturer or distributor—received either directly or through a third party—is recalled at the time of the purchase decision will depend on the memory of an individual consumer and other factors affecting the ability to recall that information.[28]

---

brand loyalty, after Subaru and Ford, and the Mercedes-Benz S-Class second in model loyalty, behind only the Range Rover. "Experian Automotive: Vehicle loyalty rates rank high as consumers show the love," *Experian plc*, January 5, 2016, https://www.experianplc.com/media/news/2016/vehicle-loyalty-rates/.  IHS Markit, similarly, awarded the Mercedes-Benz S-Class its Segment Model Loyalty Award for the luxury traditional full-size car segment.  "2017 Automotive Loyalty Awards," *IHS Markit*, 2017, https://cdn.ihs.com/www/pdf/AUT-Loyalty-Awards-Brochure.pdf.

[25] "The Future of Car Sales Is Omnichannel," *Bain & Company*, September 13, 2017, Figure 5, https://www.bain.com/insights/the-future-of-car-sales-is-omnichannel/.

[26] "2014 Global Automotive Consumer Study: The changing nature of mobility," *Deloitte*, June 2014, https://www2.deloitte.com/content/dam/Deloitte/au/Documents/manufacturing/deloitte-au-mfg-2014-global-automotive-consumer-study-changing-nature-mobility-290914.pdf, pp. 3, 20.

[27] Keller, Kevin Lane, and Vanitha Swaminathan, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, 5th Edition (Harlow, UK: Pearson Education Limited), 2020, pp. 236, 286–287.  For example, there are strong correlations between the brand of automobiles that parents and their adult children choose to purchase, suggesting that the vehicles parents purchase influence their children's preferences as adults. Anderson, Soren T., et al., "The Intergenerational Transmission of Automobile Brand Preferences," *The Journal of Industrial Economics*, Vol. 63, No. 4, 2015, pp. 763–793 at 763, 765.

[28] See, e.g., Keller, Kevin Lane, "Memory Factors in Advertising: The Effect of Advertising Retrieval Cues on Brand Evaluations," *Journal of Consumer Research*, Vol. 14, No. 3, 1987, pp. 316–333 at 329–330; "Understanding Memory in Advertising," *Nielsen*, February 2017,

\*    \*    \*

35.    In sum, vehicle buyers individually gather information from a wide variety of sources and vary in the specific importance they assign to those different sources of information when making car-purchasing decisions.  As discussed in Section IV.A below, some of the sources of information available to proposed Class members when they purchased their vehicles may have included information about the alleged issue with the Class Vehicles' bumper covers and air inlets.  As a result, proposed Class members would have differed in their pre-purchase knowledge of any alleged issue with the Class Vehicles' bumper covers and air inlets.  Individualized inquiries would thus be required to determine whether any proposed Class member purchased a Class Vehicle with knowledge about the alleged issue.

**B.    Individual Consumers Vary in Their Preferences for Different Car Attributes and in Their Vehicle Selection Processes**

36.    There is also considerable heterogeneity among vehicle buyers in their preferences and priorities for different car attributes, and in what factors they consider important when making a purchase decision.  Consumers often consider multiple attributes when making car-purchasing decisions.  An attribute can be positive, negative, or even neutral to consumers, depending on their preferences and priorities, and any negative attributes of a vehicle, such as low gas mileage or a lack of acceleration, may be offset by other, positive attributes, such as passenger comfort and aesthetic design.  This lack of priority or importance for certain attributes or features is particularly true because car-buying is inherently a comparative exercise.  Consumers consider the positives and negatives of different

---

https://www.nielsen.com/us/en/insights/report/2017/understanding-memory-in-advertising/; Hoyer, Wayne D., Deborah J. MacInnis, and Rik Pieters, *Consumer Behavior*, 7th Edition (Boston, MA: Cengage Learning), 2018, pp. 116–118.

attributes and evaluate different car models, making tradeoffs as necessary according to their individual preferences and priorities.[29]

37.    Importantly, it is only when attributes are sufficiently different in value or level across different car models that they can be expected to play a role in the decision-making behavior of consumers.  Academic research has shown that consumers are sensitive to differences in attributes only when there are at least "just noticeable differences" across models, that is, attribute differences that are sufficiently large for consumers to perceive.[30]  For example, if the sound produced by two vehicle engines differs by only a fraction of a decibel, consumers may not even perceive there to be a difference, and thus the difference would not enter into their decision process.

38.    Among the attributes that do vary across models, not all consumers consider, prioritize, or value the same attributes equally.[31]  For example, a recent study from Cox Automotive shows that within a single feature category, such as vehicle technology, buyers vary in what attributes they consider important.[32]  34% of respondents indicated that "Full Autonomous Functionality" was either a "must have" or "nice to have" feature, while 48% indicated they were uninterested in this feature.  Similarly, 34% of respondents valued "Car-to-Car Communication" while 45% of respondents were uninterested in this feature.[33]

---

[29] Kotler, Philip, and Kevin Lane Keller, *Marketing Management*, 15th Edition (Boston, MA: Pearson Education, Inc.), 2016, pp. 175–176.

[30] See, e.g., Broniarczyk, Susan M., Wayne D. Hoyer, and Leigh McAlister, "Consumers' Perceptions of the Assortment Offered in a Grocery Category: The Impact of Item Reduction," *Journal of Marketing Research*, Vol. 35, No. 2, 1998, pp. 166–176, as well as the discussion in Kotler, Philip, and Kevin Lane Keller, *Marketing Management*, 15th Edition (Boston, MA: Pearson Education, Inc.), 2016, pp. 384–385, which highlights Britt, Steuart Henderson, "How Weber's Law Can Be Applied to Marketing," *Business Horizons*, Vol. 18, No. 1, 1975, pp. 21–29. See also the discussion of "just noticeable" differences in Krishnan, K. S., "Incorporating Thresholds of Indifference in Probabilistic Choice Models," *Management Science*, Vol. 23, No. 11, 1977, pp. 1224–1233 at 1225–1226.

[31] See, e.g., "Cars Online 2003: Unlocking Hidden Value," *Cap Gemini Ernst & Young*, 2003, p. 12; "2017 Autotrader Car Tech Impact Study," *Cox Automotive*, January 2017, p. 11.

[32] "2017 Autotrader Car Tech Impact Study," *Cox Automotive*, January 2017, p. 11.

[33] "2017 Autotrader Car Tech Impact Study," *Cox Automotive*, January 2017, p. 11.

39.    Even consumers with similar demographics may have different preferences over attributes based on differing family needs, affordability, or attitudes towards cars and driving.[34]  For example, as discussed in a 2011 J.D. Power study, a college-educated, 59-year-old white male with a yearly income greater than $150,000 may fit the typical profile of a sports car buyer.  Yet, another consumer with a similar demographic profile may be more interested in a midsize sedan rather than a sports car if he also has two grandchildren and needs to drive them to school every day.[35]  This variation in consumer needs, wants and circumstances may influence how two different consumers evaluate the same vehicles, especially when they are making tradeoffs between attributes.

40.    Such tradeoffs also influence the way in which consumers evaluate potential maintenance and repair needs for a vehicle, and whether maintenance and repair needs enter into consumers' purchase decisions.  A consumer who highly values high-performance features or luxury features such as those of Class Vehicles may be willing to trade off these features with the higher maintenance and repair costs typically required for such types of vehicles.  Indeed, it is well documented that high-performance vehicles and luxury vehicles in general have high maintenance and repair costs.[36]

41.    Consumers may additionally evaluate and weigh vehicle attributes differently because they interpret or value attributes differently.  For example, while some consumers consider aspects of vehicle safety in their purchase decisions, as with other attributes, consumers vary in their evaluations of vehicle safety.  Some

---

[34] See, e.g., "The Death of Demographics: Why Targeting by Purchase Behavior is Most Effective in Automotive Marketing," *J.D. Power and Associates*, April 2011, https://www.jdpower.com/sites/default/files/2011_WhitePaper_DeathofDemographics.pdf, pp. 5–6.

[35] See, e.g., "The Death of Demographics: Why Targeting by Purchase Behavior is Most Effective in Automotive Marketing," *J.D. Power and Associates*, April 2011, https://www.jdpower.com/sites/default/files/2011_WhitePaper_DeathofDemographics.pdf, p. 5.

[36] "The 10 Most Expensive Luxury Car Brands To Maintain And Repair," *HotCars*, December 7, 2022, https://www.hotcars.com/most-expensive-luxury-car-brands-maintain/.

consumers only care about safety of vehicles in the aggregate, whereas others may care about specific safety features such as brakes or air bags.

42.    Consumers also have different attitudes towards and perceptions of safety features in vehicles. For example, a 2012 survey of vehicle owners grouped respondents into four broad safety-related groups based on their attitudes towards safety (*i.e.*, vehicle owners could be "Safety Averse," "Safety Negligent," "Safety Vulnerable," or "Safety Conscientious").[37] Furthermore, consumers vary in their exposure to different safety technologies (*e.g.*, in 2014 only 53% of vehicle owners had been exposed to Adaptive Cruise Control),[38] vary in their assessment of what features they think make a vehicle safe (*e.g.*, only about 40% of male vehicle owners think anti-lock brakes affect vehicle safety),[39] and display divergent levels of comfort with advanced safety features in which vehicles take control to avoid a crash (*e.g.*, about 13% of vehicle owners would be "very comfortable" with these features, while about 14% of them would be "very uncomfortable").[40]

43.    Because consumers vary in their interpretation and valuation of vehicle attributes, they will therefore vary in the importance they assign to those attributes, and, in turn, vary in how those attributes enter into their decision-making processes relative to other attributes. The heterogeneous preferences consumers have for vehicle attributes is evidenced by the way that consumer buying guides

---

[37] "2012 United States Consumers' Attitudes and Perceptions of Vehicle Safety: Desirability and Willingness to Pay for Safety Systems and ADAS Systems," *Frost & Sullivan*, February 2013, pp. 10–12.

[38] "National Consumer Survey of Driving Safety Technologies," *University of Iowa Public Policy Center, Transportation and Vehicle Safety Research Division*, July 30, 2015, http://ppc.uiowa.edu/sites/default/files/national_consumer_survey_technical_report_final_8.7.15.pdf, p. 14; "2012 United States Consumers' Attitudes and Perceptions of Vehicle Safety: Desirability and Willingness to Pay for Safety Systems and ADAS Systems," *Frost & Sullivan*, February 2013, pp. 13–15.

[39] "Vehicle Safety Survey: Quantifying Perceptions of Weight and Materials," *Rocky Mountain Institute*, 2008, p. 4.

[40] "National Consumer Survey of Driving Safety Technologies," *University of Iowa Public Policy Center, Transportation and Vehicle Safety Research Division*, July 30, 2015, http://ppc.uiowa.edu/sites/default/files/national_consumer_survey_technical_report_final_8.7.15.pdf, p. 15.

communicate vehicle recommendations.  In addition to providing an overall recommendation or ranking, buying guides often provide detailed assessments and reviews of individual attributes, such as driving performance and fuel economy, which allow consumers to evaluate and compare vehicles according to their own unique attribute preferences.[41]

44.     When purchasing used cars, consumers need to consider an extensive set of additional factors, including mileage, accident history, the condition of the vehicle, and the time remaining on the warranty.  These additional factors are highly variable: whereas new cars of a particular make and model are differentiated only by trim level and other options, every used car is different.  Shopping guides and recommendations for navigating these additional considerations are available to used-car shoppers from multiple sources, including *Edmunds.com*,[42] *Kelley Blue Book*,[43] and the Federal Trade Commission.[44]  A consumer purchasing a used car, as former named plaintiff John Alcorn did, would need to potentially consider all these factors.[45]

45.     Consumers also have to project into the future as to their likely vehicle usage and maintenance costs, including the possibility of certain events occurring, such as repairs needed.  Some possible repairs, however, may be low probability events.  In addition to heterogeneity in how consumers evaluate different vehicle attributes and the importance they assign to those attributes, academic research

---

[41] See, e.g., "Used 2017 Mercedes-Benz Mercedes-AMG C-Class," *Kelley Blue Book*, https://www.kbb.com/mercedes-benz/mercedes-amg-c-class/2017/; "2018 Mercedes-AMG E43," *Car and Driver*, https://www.caranddriver.com/mercedes-amg/e43-2018; "2016 Mercedes-Benz AMG GT Review," *Edmunds.com*, https://www.edmunds.com/mercedes-benz/amg-gt/2016/review/.
[42] "Used Car Questionnaire," *Edmunds.com*, https://static.ed.edmunds-media.com/unversioned/img/car-buying/used-car-worksheet/used.car.questionairre.pdf.
[43] "How to Buy a Used Car in 10 Steps," *Kelley Blue Book*, November 6, 2023, https://www.kbb.com/car-advice/10-steps-to-buying-a-used-car/.
[44] "Buying a Used Car from a Dealer," *Federal Trade Commission*, August 2022, https://www.consumer.ftc.gov/articles/0055-buying-used-car#before.
[45] Complaint, ¶ 24.

shows that consumers weigh and respond to low-probability events differently, with some individuals ignoring low probability events altogether in their decisions.[46] These differences among consumers' interpretations of low-probability events thus imply that they would assign differing weights to potential future repair costs in their vehicle purchasing decisions.

46.    Finally, consumers further vary in the how they choose among different car models and make their purchase decisions.  Some consumers make decisions based on extensive research and evaluation of each possible option, while others use "heuristics" or rules of thumb to simplify complex decisions.[47]  The strategy (or in some cases, combination of strategies) consumers choose to employ when selecting among cars is based on a variety of factors which are both individual and contextual in nature.[48]  These factors include consumers' goals (for example, a consumer may wish to minimize his or her effort in making the decision), their available choice strategies (for example, consumers who have more experience purchasing a vehicle may have a wider range of strategies from which to choose than first-time buyers who are unfamiliar with the process), the speed with

---

[46] Kahneman, Daniel, and Amos Tversky, "Prospect Theory: An Analysis of Decision under Risk," *Econometrica*, Vol. 47, No. 2, 1979, pp. 263–292 at 275 ("A particularly important form of simplification involves the discarding of extremely unlikely outcomes.").  Some individuals consider very low levels of risk "too low" to warrant purchasing insurance.  Slovic, Paul, et al., "Preference for Insuring Against Probable Small Losses: Insurance Implications," *The Journal of Risk and Insurance*, Vol. 44, No. 2, 1977, pp. 237–258 at 253–254.

[47] Kotler, Philip, and Kevin Lane Keller, *Marketing Management*, 15th Edition (Boston, MA: Pearson Education, Inc.), 2016, pp. 176–178; Frederick, Shane, "Automated Choice Heuristics," in *Heuristics and Biases: The Psychology of Intuitive Judgment*, T. Gilovich, D. Griffin, and D. Kahneman eds. (Cambridge, UK: Cambridge University Press), 2002, pp. 548–558; Keller, Kevin Lane, and Vanitha Swaminathan, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, 5th Edition (Harlow, UK: Pearson Education Limited), 2020, pp. 186–187.

[48] Hoyer, Wayne D., Deborah J. MacInnis, and Rik Pieters, *Consumer Behavior*, 7th Edition (Boston, MA: Cengage Learning), 2018, p. 214.

which the decision must be made, and the availability and selection of information.[49]

47.    A 2009 survey conducted by an American automotive manufacturer identified twenty different consumer segments with distinct decision strategies, such as consumers who select cars primarily based on brand and consumers who select them primarily based on body type.[50]  This research indicates that there is much variation in the decision strategies used by consumers when purchasing cars.

*    *    *

48.    In sum, there is considerable heterogeneity among vehicle buyers in their preferences and priorities for different car attributes and features, and in individual buyers' purchasing decision strategies.  Consumers perceive and value vehicle attributes, including performance and reliability, differently, and would therefore assign differing importance to them in their purchasing decisions.  As discussed in Section IV.B below, this implies that the importance assigned to the alleged issue with the Class Vehicles' bumper covers and air inlets would likely vary within the proposed Class, which may include individuals for whom this issue is not important and would not have influenced their vehicle purchasing decisions. In fact, some proposed Class members may have prioritized certain specific attributes and features of their Class Vehicles (such as speed and performance) in their purchasing decisions, and would have placed little or no importance on the alleged issue with Class Vehicle's bumper covers and air inlets.

---

[49] Bettman, James R., Mary Frances Luce, and John W. Payne, "Constructive Consumer Choice Processes," *Journal of Consumer Research*, Vol. 25, No. 3, 1998, pp. 187–217 at 188, 192, 194, 200–201.

[50] Dzyabura, Daria, and John R. Hauser, "Active Machine Learning for Consideration Heuristics," *Marketing Science*, Vol. 30, No. 5, 2011, pp. 801–819 at 812, 815–816.

**C.   Individualized Factors Such as Consumers' Preferences for Vehicle Attributes and Negotiating Skills Lead to Varying Transaction Prices for Identical Vehicles**

49.     Plaintiff claims that, had MBUSA disclosed the alleged issue with Class Vehicles' bumper covers and air inlets, "Plaintiffs and Class Members would not have purchased or leased the Class Vehicles on the same terms or would have paid less for them,"[51] and that "[a]ll members of the Class have been harmed in the same way by overpaying" for Class Vehicles.[52]

50.     As discussed above, consumers differ in how they evaluate and value a car and, as a result, they differ in their willingness to pay for the same car.  In addition, automobile transactions are highly idiosyncratic and the final transaction price (or lease amount) paid by a consumer depends not only on how much the consumer values the car, but also on many other factors.  Because these factors also are likely to differ across consumers, the final transaction prices paid by consumers will also differ, even for identical vehicles.

51.     One factor that affects a car buyer's final purchase price is the buyer's skill at negotiation.  Some consumers negotiate over price while others do not.  The variety of negotiation strategies employed by consumers, in conjunction with how effectively they are used, can result in large differences in final transaction prices.  The variety and importance of these negotiation tactics is evident in the numerous negotiation articles and guides from sources such as *Edmunds.com*, *Consumer Reports*, and *Kelley Blue Book*.[53]

---

[51] Complaint, ¶ 12.
[52] Motion for Class Certification, p. 20.
[53] See, e.g., "How to Negotiate Car Prices: Easy tips for getting a better price on your next car," *Edmunds.com*, June 12, 2023, https://www.edmunds.com/car-buying/negotiating-101.html; "How to Negotiate a New-Car Price Effectively: Do your homework before you go to a dealership," *Consumer Reports*, September 9, 2023, https://www.consumerreports.org/car-pricing-negotiation/how-to-negotiate-a-new-car-price-effectively; "10 Insider Tips for New Car Buying," *Kelley Blue Book*, March 4, 2019, https://www.kbb.com/car-news/ten-insider-tips-for-new-car-buying/2000011005/.

1    52.    Other factors affecting prices include whether the car is new or used,

2    the purchase channel (*e.g.*, online versus at the dealership), the dealer's competitive

3    conditions, the time the consumer has available for search and negotiations, the

4    consumer's knowledge of invoice prices and promotions (*e.g.*, through the

5    Internet), dealer location, dealer inventories and sales quotas, and consumers' credit

6    histories.[54]  Transaction prices are further complicated by the fact that automobile

7    transactions often involve vehicle trade-ins, leasing, or financing.[55]  A high

8    purchase price might reflect a low trade-in value of a consumer's prior vehicle or

9    unfavorable financing terms, and vice versa.

10                                    *       *       *

11    53.    In sum, because final transaction prices depend on many

12    individualized factors, there is considerable heterogeneity among vehicle buyers in

13    the final price paid, even for identical vehicles.  As explained in Section IV.C

14    below, this variation implies that proposed Class members' prices would not have

15    been influenced in the same way by knowledge of the alleged issue with Class

16    Vehicles' bumper covers and air inlets, and some of these prices may not have been

17    affected at all.

---

[54] See, e.g., Scott Morton, Fiona, Jorge Silva-Risso, and Florian Zettelmeyer, "What matters in a price negotiation: Evidence from the U.S. auto retailing industry," *Quantitative Marketing and Economics*, Vol. 9, No. 4, 2011, pp. 365–402; Busse, Meghan, Jorge Silva-Risso, and Florian Zettelmeyer, "$1,000 Cash Back: The Pass-Through of Auto Manufacturer Promotions," *The American Economic Review*, Vol. 96, No. 4, 2006, pp. 1253–1270; Zettelmeyer, Florian, Fiona Scott Morton, and Jorge Silva-Risso, "How the Internet Lowers Prices: Evidence from Matched Survey and Automobile Transaction Data," *Journal of Marketing Research*, Vol. 43, No. 2, 2006, pp. 168–181; Copeland, Adam, Wendy Dunn, and George Hall, "Inventories and the automobile market," *The RAND Journal of Economics*, Vol. 42, No. 1, 2011, pp. 121–149; "How to Buy a New Car in 5 Steps," *Clark Howard Inc.*, July 14, 2020, https://clark.com/cars/how-buy-new-car/.
[55] For example, Mr. Hadjian traded in his prior car, a BMW M3, for $60,000 in the purchase of his AMG C63.  Deposition of Hagop Hadjian, March 17, 2023 ("Hadjian Deposition"), 44:1–9, 46:16–18.

**IV.**    **PROPOSED CLASS MEMBERS WOULD VARY IN WHETHER THE ALLEGED ISSUE WITH CLASS VEHICLES' BUMPER COVERS AND INLETS WOULD MATTER TO THEM AND WHETHER IT WOULD HAVE INFLUENCED THEIR CLASS VEHICLE PURCHASING DECISIONS AND THEIR TRANSACTION PRICES**

54.    In this section I show that, consistent with my general findings about vehicle buyers described in Section III, members of the proposed Class would also vary in:  (i) the information they gathered and relied upon prior to purchasing their Class Vehicles, (ii) their preferences and priorities for Class Vehicles' attributes and features, (iii) the strategies adopted for their decisions to purchase Class Vehicles, and (iv) their idiosyncratic factors leading to variation in transaction prices paid for Class Vehicles.  Thus, in particular, there would be much heterogeneity within the proposed Class in individuals' pre-purchase knowledge of the alleged issue with Class Vehicles' bumper covers and air inlets, and in the degree to which the alleged issue would have ultimately influenced individual Class members' purchasing decisions and the prices of Class Vehicles.

55.    As a result of this heterogeneity, assessing harm (if any) for each proposed Class member would require individualized inquiries.  For example, individualized inquiries would be necessary to identify individuals who may have been aware of the alleged issue when they bought their Class Vehicles, and individuals for whom knowledge of the alleged issue would not matter and would not have altered their purchasing decisions and the prices they paid for Class Vehicles (for example, individuals who highly value Class Vehicles' engine performance and trade off this attribute with Class Vehicles' repair and maintenance costs).

**A.**    **Proposed Class Members Would Vary in Pre-Purchase Knowledge of the Alleged Issue with the Bumper Covers and Air Inlets, Resulting in Variation in Potential Harm (if Any)**

56.    As shown in Section III.A above, vehicle buyers gather information from a wide variety of sources, and vary in the specific mix of information they rely

1   on when making car-purchasing decisions.  This variation in information search is

2   also true for proposed Class members.  For example, when Mr. Hadjian went to an

3   authorized Mercedes-Benz dealer to purchase a 2016 Mercedes-Benz AMG C63S,

4   he did not have many questions for the salesperson as he had already made the

5   decision to purchase the car by the time he visited the dealership.[56]  Relative to

6   consumers who visited dealerships with little information about the vehicles and

7   heavily relied on communications with salespersons, consumers like Mr. Hadjian

8   are less likely to be exposed to or rely on information from a car manufacturer or

9   distributor for their final purchase decisions.

10      57.    Notably, some of the sources of information that proposed Class

11  members may have accessed and relied upon when they purchased their vehicles

12  may have included information about the alleged issue with the Class Vehicles'

13  bumper covers and air inlets, and about the Class Vehicles' repair and maintenance

14  costs, as follows.

15      58.    First, plaintiff cites a few posts on internet forums that allegedly

16  discuss the alleged issue with Class Vehicles' bumper covers and air inlets as far

17  back as 2016.[57]  I understand that MBUSA denies the existence of any alleged

18  defect claimed by plaintiff and that MBUSA considers the online allegations cited

19  by plaintiff to be unverified hearsay.  However, even assuming some consumers

20  became aware of any alleged issue with Class Vehicles' bumper covers and air

21  inlets from such third-party internet forums, some of those proposed Class members

22  may not have cared about the alleged issue and may have bought their vehicles

23  regardless.  They may have also been uncertain or even skeptical as to the veracity

24  of certain claims on such forums, resulting in them dismissing the alleged issue and

25  buying the vehicle anyway.

26

27

28  [56] Hadjian Deposition, 39:22–40:7.
    [57] Complaint, ¶ 53.

59.    Furthermore, information about the possibility that objects may strike and damage Class Vehicles was also mentioned in Mercedes-Benz's warranty booklets.[58]  Similar information is included in the warranty booklets of other model years as well, and thus was available to consumers who purchased the Class Vehicles.[59]  To the extent that some proposed Class members may have relied on information from warranty booklets when they purchased their Class vehicles, they may have understood that their vehicles could be subject to the damage plaintiff alleges through objects striking the vehicles, and that any such damages would not be covered by warranty.

60.    Second, based on a *Consumer Reports* study, the maintenance and repair cost for Mercedes-Benz vehicles ranked second highest among almost thirty brands studied, higher than BMW, Audi, Cadillac, and Tesla, among other high-end car brands.[60]  Mercedes-Benz AMG models specifically are well known for having comparatively higher maintenance and repair costs.[61]  As a result, some proposed Class members likely already considered and expected to potentially incur high or

---

[58] For example, the Mercedes-Benz Service and Warranty Information booklet for 2016 at-issue model-years lists out items that are *not* covered by the manufacturer's warranty, which includes "[a]ccidents or damage from objects striking the vehicle."  Hadjian_MBUSA_00022124–198 at Hadjian_MBUSA_00022140.

[59] See, for example, Hadjian_MBUSA_00022199–289 at Hadjian_MBUSA_00022217; Hadjian_MBUSA_00022290–392 at Hadjian_MBUSA_00022308; Hadjian_MBUSA_00022393–495 at Hadjian_MBUSA_00022411; Hadjian_MBUSA_00022496–715 at Hadjian_MBUSA_00022516; Hadjian_MBUSA_00022716–895 at Hadjian_MBUSA_00022738.

[60] "Car Brands and Models That Can Save You Money Over Time," *Consumer Reports*, April 20, 2023, https://www.consumerreports.org/cars/car-repair-maintenance/car-brands-and-models-that-can-save-you-money-over-time-a9081677414/.

[61] "Mercedes-AMG models are even more expensive to maintain, and are infamous for their repairs and maintenance costs … here are some of our favorite AMG models that will cost you an arm and a leg to maintain."  See "These Mercedes-AMGs Have High Maintenance And Repair Costs," *HotCars*, February 23, 2023, https://www.hotcars.com/mercedes-amg-repairs-maintenance/.  For example, *Edmunds.com* estimated that the 5-year maintenance and repair costs for a 2018 4-door AMG C63S with sedan body type for owners of this vehicle living in the same zip code as Mr. Hadjian (91304) are $25,660.  See "Used 2018 Mercedes-Benz C-Class Cost to Own," *Edmunds.com*, https://www.edmunds.com/mercedes-benz/c-class/2018/cost-to-own/?style=401729927.

higher maintenance and repair costs when they purchased Class Vehicles, and would therefore likely not have changed their vehicle purchasing decisions in light of the alleged issue with Class Vehicles' bumper covers and air inlets.[62]

\*        \*        \*

61.    In sum, due to the heterogeneity in the sources of information they accessed and relied upon, proposed Class members would have differed in their pre-purchase understanding of any alleged issue with the Class Vehicles' bumper covers and air inlets, and in their expectations about future repair and maintenance costs of Class Vehicles.  Thus, individualized inquiries would be necessary in order to identify proposed Class members who may have purchased a Class Vehicle while knowing about the alleged issue, and proposed Class members for whom knowledge of the alleged issue would not be important and would not ultimately have altered their Class Vehicle purchasing decisions.

**B.**    **Proposed Class Members Would Vary in Their Preferences and Priorities for Class Vehicles' Attributes and in How They Make Purchasing Decisions, Resulting in Varying Degrees to Which the Alleged Issue May Have Influenced (if at All) Proposed Class Members' Purchasing Decisions**

---

[62] Pre-purchase knowledge of the alleged issue with the Class Vehicles' bumper covers and air inlets would likely also vary across proposed Class members who purchased their vehicles at different points in time.  For example, plaintiff filed his complaint in April 2021, and the proposed Class includes all persons who purchased or leased new or used Class Vehicles (up to the 2023 model year) until present.  Thus, the proposed Class likely includes many individuals who purchased or leased their vehicles after plaintiff's complaint was filed.  To the extent that these proposed Class members conducted research about their vehicles prior to purchase, they may have learned of the allegations in this case through publicly available reports and advertisements about this lawsuit.  See, e.g., "Class Action Claims Mercedes-Benz Sold 2016-2021 AMG Models with Defective Front Bumper Covers, Air Inlets," *ClassAction.org*, January 29, 2021, https://www.classaction.org/news/class-action-claims-mercedes-benz-sold-2016-2021-amg-models-with-defective-front-bumper-covers-air-inlets.

62.     As discussed in Section III.B, consumers have different preferences and priorities for vehicle attributes, such as performance, maintenance, and repair requirements.  The differences in how proposed Class members evaluate different vehicle attributes is particularly salient in this case because the Class Vehicles cover a multitude of different vehicle models, ranging from sporty two-door vehicles to luxury SUVs and to luxury sedans, spanning 8 distinct models across 8 model-years.[63]

63.     At-issue Mercedes-Benz AMG vehicles are high-performance vehicles characterized by many advanced features such as powerful engines, strong acceleration, and responsive steering and handling, which many other vehicles do not have, as well as luxurious interiors and style.[64]  Some of these features, such as powerful engines, may appeal to certain types of proposed Class members based on their specific preferences and intended vehicle uses (*e.g.*, driving enthusiasts, and drivers who use these vehicles for racing).  For example, Mr. Hadjian stated that "V8 [engine], twin turbo, fast" were among the main features he liked about his 2016 Mercedes-Benz AMG vehicle.[65]  However, performance-related features may not have been important for other proposed Class members, such as those who were primarily interested in Class Vehicles' luxurious interiors and exterior styling.

64.     In addition, as shown in Section III.B, consumers adopt heterogeneous strategies for selecting their vehicles.  This heterogeneity is also reflected in the behavior of proposed Class members.  For example, Mr. Hadjian started considering buying his AMG C63S about 6 months before his actual purchase of the vehicle.  When he visited the dealership, Mr. Hadjian was only interested in the

[63] Motion for Class Certification, p. 1.
[64] See, e.g., "Mercedes-AMG," *Car and Driver*, https://www.caranddriver.com/mercedes-amg; "2018 Mercedes-AMG E63 S," *Car and Driver*, https://www.caranddriver.com/mercedes-amg/e63-s-2018; "2019 Mercedes-AMG SL63/SL65," *Car and Driver*, https://www.caranddriver.com/mercedes-amg/sl63-sl65-2019; "2019 Mercedes-AMG GLC43/GLC63," *Car and Driver*, https://www.caranddriver.com/mercedes-amg/glc43-4matic-glc63-4matic-2019.
[65] Hadjian Deposition, 37:24–38:16.

AMG C63S and did not consider other Mercedes-Benz vehicles, as he was looking for a vehicle that would be a close substitute to the BMW M3, a vehicle he previously owned.[66] Mr. Hadjian's decision process was thus affected by his specific circumstances and preferences, and would be different from that of other proposed Class members who, for example, did not have strong preferences for a specific model, or perhaps even the Mercedes-Benz brand itself, when they visited a Mercedes-Benz dealership.

65.    Overall, this evidence indicates that proposed Class members likely made their vehicle purchasing decisions based on different sets of attributes and factors that they considered important, and followed idiosyncratic decision strategies.  Thus, the extent (if any) to which the alleged issue with Class Vehicles' bumper cover and air inlets would have influenced proposed Class members' purchasing decisions would vary, and it cannot be assessed without individualized inquiry.  Importantly, the proposed Class may include individuals whose purchasing decisions would not have been influenced by knowledge of the alleged issue with Class Vehicle's bumper covers and air inlets, such as individuals who prioritize certain features of Class Vehicles (*e.g.*, high-performance features such as speed, power, and acceleration) that they are willing to trade off with higher repair and maintenance costs.

66.    The proposed Class may also include individuals for whom knowledge of the alleged defect would not have mattered because, as discussed in Section III.B, some consumers may ignore low probability events in their decisions.  This propensity is especially likely to be true in this case, as I understand from counsel that, to date, there has been a minuscule number of claims related to radiator replacement due to alleged debris strikes.

---

[66] Hadjian Deposition, 36:11–37:23.

C.    **Transaction Prices Paid by Proposed Class Members for Class Vehicles Would Vary Due to Individualized Factors, Resulting in Varying Degrees to Which the Alleged Issue May Have Influenced (if At All) Each Transaction Price**

67.    As discussed in Section III.C, vehicle prices are influenced by highly idiosyncratic factors, such as buyer's negotiating skills.  For example, Mr. Hadjian negotiated the price of his Mercedes-Benz C63S AMG 2016 vehicle down by $8,400 from its original listing price.[67]  He "located a car that was on the dealer lot for a long time," and figured that the dealer might accept a lower price for it.[68]

68.    Because of the variation in the idiosyncratic factors affecting vehicle prices, the extent to which knowledge of the alleged issue with Class Vehicles' bumper covers and air inlets would have influenced the purchase prices paid by different proposed Class members would also vary.  Furthermore, even a hypothetical decrease in a consumer's willingness-to-pay for a car due to the presence of the alleged issue does not necessarily mean that the price he or she would pay would decrease or that decrease would be uniform across consumers. Let me illustrate this heterogeneity with an example.

69.    Suppose a consumer is willing to pay $80,000 for a Mercedes-Benz AMG C63 but is able to negotiate a purchase price of $74,000.  Now suppose, per plaintiff's claims, the consumer would have been willing to pay only $76,000 for the AMG C63 had she known about the alleged issue with the bumper cover and air inlet.  Even though his or her willingness to pay for the vehicle would be lower due to the alleged issue, because willingness to pay still exceeds the purchase price the consumer still would have bought the AMG C63 at $74,000.  Individual analysis is thus required to determine whether and to what extent each proposed Class member's price would have been influenced by the alleged issue with Class Vehicles' bumper covers and air inlets.

---

[67] Hadjian Deposition, 42:21–43:6.
[68] Hadjian Deposition, 43:9–15.

I declare under penalty of perjury under the laws of the United States that this document is true and correct.

Executed this March 27, 2024, at Etna, New Hampshire.

_____
Kevin Lane Keller

# Appendix A

3/21/24

**KEVIN LANE KELLER**

Tuck School of Business
Dartmouth College
Hanover, NH 03755-9011
(603) 646-0393 (o)
kevin.keller@dartmouth.edu

## EDUCATION

Ph.D.          Duke University
               Fuqua School of Business
               Major Field: Marketing (May 1986)

M.B.A.         Carnegie-Mellon University
               Graduate School of Industrial Administration
               Area of Concentration: Marketing (May 1980)

A.B.           Cornell University (with distinction in all subjects)
               College of Arts and Sciences
               Majors: Economics and Mathematics (June 1978)

## PROFESSIONAL EXPERIENCE

Dartmouth College, Tuck School of Business
        E.B. Osborn Professor of Marketing, July 1998 to present
        Senior Associate Dean for Innovation & Research, July 2019 to June 2020
        Senior Associate Dean for Marketing & Communications, July 2020 to March 2022

Duke University, Fuqua School of Business
        Visiting Professor of Business Administration, May 1997 to June 1998
        Instructor, September 1984 to December 1984

University of North Carolina at Chapel Hill, Kenan-Flagler Business School
        Professor of Marketing, July 1995 to May 1997

Stanford University, Graduate School of Business
        Associate Professor of Marketing (with tenure), June 1993 to July 1995
        Associate Professor of Marketing, September 1990 to June 1993
        Assistant Professor of Marketing, July 1987 to September 1990

University of New South Wales, Australian Graduate School of Management
        Visiting Professor, September 1990 to June 1991

University of California, Berkeley, Schools of Business Administration
        Assistant Professor of Marketing, January 1986 to June 1987

Bank of America, San Francisco, CA
        Marketing Consultant, April 1981 to June 1982
        Assistant Marketing Consultant, July 1980 to April 1981

# Appendix A

**PUBLICATIONS**

1. Nicholas M. Didow, Kevin Lane Keller, Hiram C. Barksdale and George R. Franke (1985), "Improving Measure Quality by Alternating Least Squares Optimal Scaling," *Journal of Marketing Research*, 22 (February), 30-40.

2. Kevin Lane Keller and Richard Staelin (1987), "Effects of Information Quantity and Quality on Decision Effectiveness," *Journal of Consumer Research*, 14 (September), 200-213

3. Kevin Lane Keller (1987), "Memory Factors in Advertising: The Effect of Advertising Retrieval Cues on Brand Evaluations," *Journal of Consumer Research*, 14 (December), 316-333.

4. Kevin Lane Keller and Richard Staelin (1989), "Assessing Biases in Measuring Decision Effectiveness and Information Overload," *Journal of Consumer Research*, 15 (March), 504-508.

5. Julie A. Edell and Kevin Lane Keller (1989) "The Information Processing of Coordinated Media Campaigns," *Journal of Marketing Research*, 26 (May), 149-163.

6. David A. Aaker and Kevin Lane Keller (1990), "Consumer Evaluations of Brand Extensions," *Journal of Marketing*, 54 (January), 27-41.

7. Kevin Lane Keller (1991), "Cue Compatibility and Framing in Advertising," *Journal of Marketing Research*, 28 (February), 42-57.

8. Kevin Lane Keller (1991), "Memory and Evaluations in Competitive Advertising Environments," *Journal of Consumer Research*, 17 (March), 463-76.

9. Kevin Lane Keller and David A. Aaker (1992), "The Effects of Sequential Introduction of Brand Extensions," *Journal of Marketing Research*, 29 (February), 35-50.

10. Kevin Lane Keller (1993), "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing*, 57 (January), 1-22.

11. Kevin Lane Keller (1993), "Memory Retrieval Factors and Advertising Effectiveness" in *Advertising Exposure, Memory, and Choice*, ed. Andrew A. Mitchell, Hillsdale, NJ: Lawrence Erlbaum Associates, 11-48.

12. David A. Aaker and Kevin Lane Keller (1993), "Interpreting Cross-Cultural Replications of Brand Extension Research," *International Journal of Research in Marketing*, 10 (March), 55-59.

13. Mark Forehand and Kevin Lane Keller (1996), "Initial Retrieval Difficulty and Subsequent Recall in an Advertising Setting," *Journal of Consumer Psychology*, 5 (4), 299-323.

14. Kevin Lane Keller (1996), "Integrated Marketing Communications and Brand Equity," in *Integrated Marketing Communications*, eds. Jeri Moore and Esther Thorson, Mahwah, NJ: Lawrence Erlbaum Associates, 103-132.

# Appendix A

15.     Kevin Lane Keller (1997), "Twenty-First Century Branding," *Journal of Brand Management*, 368-370.

16.     Kevin Lane Keller (1998), "Brand Equity," in the *Handbook of Technology Management*, ed. Richard Dorf.  CRC Press Inc., 12:59-12:65.

17.     Kevin Lane Keller, Susan Heckler, and Michael J. Houston (1998), "The Effects of Brand Name Suggestiveness on Advertising Recall," *Journal of Marketing*, 62 (January), 48-57.

18.     Kevin Lane Keller (1998), "Branding Perspectives on Social Marketing," in *Advances in Consumer Research*, Vol. 25, Joseph W. Alba and J. Wesley Hutchinson, eds.  Provo, UT: Association for Consumer Research, 299-302.

19.     Kevin Lane Keller and David A. Aaker (1998), "The Impact of Corporate Marketing on a Company's Brand Extensions," *Corporate Reputation Review*, 1 (August), 356-378.

20.     Kevin Lane Keller (1998), "Measuring Customer-Based Brand Equity," in *Perspectives of Modern Brand Management*, ed. Dr Franz-Rudolf Esch, 989-1010.

21.     Kevin Lane Keller (1998), "Methods to Examine Brand Extensions," in *Perspectives of Modern Brand Management*, ed. Dr Franz-Rudolf Esch, 705-720.

22.     Kevin Lane Keller (1998), "Understanding Brand Equity:  Answers to Ten Common Branding Questions," *Exchange*, (Winter), 15-19.

23.     Kevin Lane Keller (1999), "Brand Mantras: Rationale, Criteria, and Examples," *Journal of Marketing Management*, 15 (1-3), 43-51.

24.     Bong, Na Woon, Roger Marshall, and Kevin Lane Keller (1999), "Measuring Brand Power: Validating a Model for Optimizing Brand Equity," *Journal of Product and Brand Management*, 8 (3), 170-184.

25.     Kevin Lane Keller (1999), "Effective Long-Run Brand Management:  Brand Reinforcement and Revitalization Strategies," *California Management Review*, 41 (3), 102-124.

26.     Kevin Lane Keller (1999), "Designing and Implementing Branding Strategies," *Journal of Brand Management*, 6 (5), 315-331.

27.     Julie A. Edell and Kevin Lane Keller (1999), "Analyzing Media Interactions: The Effects of Coordinated TV-Print Advertising Campaigns," Marketing Science Institute Report No. 99-120.

28.     Kevin Lane Keller (2000), "The Brand Report Card," *Harvard Business Review*, Jan/Feb, 147-157.

29.     Kevin Lane Keller (2000), "Building and Managing Corporate Brand Equity," in *The Expressive Organization*, eds. Majken Schultz, Mary Jo Hatch, Oxford University Press.

# Appendix A

30.    Sheri Bridges, Kevin Lane Keller, and Sanjay Sood (2000), "Explanatory Links and the Perceived Fit of Brand Extensions: The Role of Dominant Parent Brand Associations and Communication Strategies," *Journal of Advertising*, 29 (4), 1-11.

31.    Kevin Lane Keller and Sanjay Sood (2001), "The Ten Commandments of Global Branding," *Asian Journal of Marketing*, 8 (2), 97-108.

32.    Kevin Lane Keller (2001), "Mastering the Marketing Communications Mix: Micro and Macro Perspectives on Integrated Marketing Communication Programs," *Journal of Marketing Management*, 17 (September), 819-848.

33.    Kevin Lane Keller (2001), "Building Customer-Based Brand Equity: A Blueprint for Creating Strong Brands," *Marketing Management*, July/August, 15-19.

34.    Kevin Lane Keller (2001), "Brand Equity Guidelines and Pitfalls: Lessons from the World's Strongest Brands," in *The Encylopedia of Brands and Branding in South Africa*, Affinity Advertising and Publishing.

35.    Kevin Lane Keller (2001), Forward to Sam Hill and Chris Lederer, *The Infinite Asset: Managing Brands to Build New Value.*

36.    Kalpesh Kaushik Desai and Kevin Lane Keller (2002), "The Effects of Brand Expansions and Ingredient Branding Strategies on Host Brand Extendibility," *Journal of Marketing*, 66 (January) 73-93.

37.    Steven Hoeffler and Kevin Lane Keller (2002), "Building Brand Equity through Corporate Societal Marketing," *Journal of Public Policy and Marketing*, 21 (1), 78-89.

38.    Tim Ambler, C.B. Bhattacharya, Julie Edell, Kevin Lane Keller, Katherine N. Lemon, and Vikas Mittal (2002), "Relating Brand and Customer Perspectives on Marketing Management," *Journal of Service Research*, August, 5 (1), 13-25.

39.    Kevin Lane Keller, Brian Sternthal, and Alice Tybout (2002), "Three Questions You Need to Ask About Your Brand," *Harvard Business Review*, 80 (September), 80-89.

40.    Kevin Lane Keller (2002), "Branding and Brand Equity," in *Handbook of Marketing*, eds., Bart Weitz and Robin Wensley, Sage Publications, London, 151-178.

41.    Kevin Lane Keller (2002), *Branding and Brand Equity,* MSI Relevant Knowledge Series (Cambridge, MA: Marketing Science Institute).

42.    Kevin Lane Keller (2003), "Brand Synthesis: The Multidimensionality of Brand Knowledge," *Journal of Consumer Research*, 29 (March), 595-600.

43.    Kevin Lane Keller and Don Lehmann (2003), "How Do Brands Create Value," *Marketing Management*, May/June, 26-31.

# Appendix A

44.   Steven Hoeffler and Kevin Lane Keller (2003), "The Marketing Advantages of Strong Brands," *Journal of Brand Management*, 10 (August), 421-445.

45.   Kevin Lane Keller and Y.L.R. Moorthi (2003), "Branding in Developing Markets," *Business Horizons*, 46 (May-June), 49-60.

46.   Margaret Campbell and Kevin Lane Keller (2003), "Brand Familiarity and Ad Repetition Effects," *Journal of Consumer Research*, 30 (September), 292-304.

47.   Kevin Lane Keller (2003), "Understanding Brands, Branding, and Brand Equity," *Interactive Marketing*, 5 (1), 7-20.

48.   Patrick Tickle, Kevin Lane Keller, and Keith Richey (2003), "Branding in High-Technology Markets," *Market Leader*, 22 (Autumn), 21-26.

49.   Jeff Manning and Kevin Lane Keller (2003), "Making Advertising Work: How GOT MILK? Marketing Stopped a 20 Year Sales Decline," *Marketing Management*, January/February.

50.   Kevin Lane Keller and Sanjay Sood (2003), "Brand Equity Dilution," *MIT Sloan Management Review*, 45 (Fall), 12-15.

51.   Frederick E. Webster, Jr. and Kevin Lane Keller (2004), "A Roadmap for Branding in Industrial Markets," *Journal of Brand Management*, 11 (May), 388-402.

52.   Kusum L. Ailawadi and Kevin Lane Keller (2004), "Understanding Retail Branding: Conceptual Insights and Research Priorities," *Journal of Retailing*, 80 (4), 331-342.

53.   Kevin Lane Keller (2005), "Branding Short-Cuts," *Marketing Management*, September/October, 14, 18-23.

54.   Ed Lebar, Phil Buehler, Kevin Lane Keller, Monika Sawicka, Zeynep Aksehirli, and Keith Richey (2005), "Brand Equity Implications of Joint Branding Programs," *Journal of Advertising Research*, 45 (December), 413-425.

55.   Kevin Lane Keller and Philip Kotler (2006), "Holistic Marketing: A Broad, Integrated Perspective to Marketing Management," in *Does Marketing Need Reform?*, eds. Jagdish Sheth and Raj Sisodia, 300-305.

56.   Kevin Lane Keller (2006), "Measuring Brand Equity," in *The Handbook of Marketing Research: Uses, Misuses, and Future Advances*, eds. Rajiv Grover and Marco Vriens, 546-568.

57.   Kevin Lane Keller and Don Lehmann (2006), "Brands and Branding: Research Findings and Future Priorities," *Marketing Science*, 25 (November-December), 740-759.

58.   Paul Bloom, Steve Hoeffler, Kevin Lane Keller, and Carlos Basurto (2006), "Enhancing Brand Equity By Supporting Social Causes," *MIT Sloan Management Review*, 47 (2), 49-55.

# Appendix A

59.   Kevin Lane Keller and Keith Richey (2006), "The Importance of Corporate Brand Personality Traits to a Successful 21st Century Business," *Journal of Brand Management*, 14 (September-November), 74-81.

60.   Robert Leone, Vithala Rao, Kevin Lane Keller, Man Luo, Leigh McAlister, Rajendra Srivatstava (2006), "Linking Brand Equity to Customer Equity," *Journal of Service Research*, 9 (November), 125-138.

61.   Kevin Lane Keller (2007), "Advertising and Brand Equity," in *Handbook of Advertising*, eds. Gerard J. Tellis and Tim Ambler, Sage Publications, 54-70.

62.   Kevin Lane Keller (2008), Foreward to *Public Health Branding: Applying Marketing for Social Change*, eds. W. Douglas Evans and Gerard Hastings, Oxford University Press.

63.   Kevin Lane Keller (2008), "Commentary on 'Case Study: The Corporate Brand: Help or Hindrance'," *Harvard Business Review*, 86 (February), p. 56.

64.   Don Lehmann, Kevin Lane Keller, and John Farley (2008), "The Structure of Survey-Based Brand Metrics," in special issue, "Branding in the Global Marketplace," of *Journal of International Marketing*, 16 (4), 29-56.

65.   Kevin Lane Keller (2009), "Building A Strong Business-to-Business Brand," in *Business-to-Business Brand Management: Theory, Research, and Executive Case Study Exercises* in *Advances in Business Marketing & Purchasing* series, Volume 15, eds. Mark Glynn and Arch Woodside, Emerald Group Publishing Limited, 11-31.

66.   Kevin Lane Keller (2009), "Building Strong Brands in a Modern Marketing Communications Environment," in special issue, "The Evolution of Integrated Marketing Communications: IMC in a Customer-Driven Marketplace," of *Journal of Marketing Communications*, special issue editors, Don E. Schultz, Charles Patti, and Philip Kitchen, 15 (April-July), 139-155.

67.   Kevin Lane Keller (2009), "Managing the Growth Tradeoff: Challenges and Opportunities In Luxury Branding," in special issue, "Luxury Branding," of *Journal of Brand Management*, special issue editor Uche Okonkwo, 16 (March-May), 290-301.

68.   Kevin Lane Keller (2009), "Challenges to Branding:  Five Secrets to Brand Success," *Market Leader*, Quarter 2, 45-47.

69.   Kevin Lane Keller and Frederick E. Webster Jr. (2009), "The Branding Sweetspot: Achieve Marketing Balance by Reconciling Marketing Trade-offs," *Marketing Management*, 18 (July/August), 12-17.

70.   Kevin Lane Keller and Don Lehmann (2009), "Assessing Brand Potential," in special issue, "Brand Value and Valuation," of *Journal of Brand Management*, special issue editors, Randall Raggio and Robert P. Leone, 17 (September), 6-17.

# Appendix A

71.   Kevin Lane Keller (2009), "Leveraging Sponsorship Through Integrated Marketing," in Day, H. (ed.), *Sponsorship: From Theory to Practice and All the Latest Trends*, The Marketing & Management Collection, Henry Stewart Talks Ltd, London.

72.   Steve Hoeffler, Paul Bloom, and Kevin Lane Keller (2010), "Understanding Stakeholder Responses to Corporate Citizenship Initiatives: Managerial Guidelines and Research Directions," *Journal of Public Policy & Management*, 29 (Spring), 78-88.

73.   Kevin Lane Keller (2010), "Modern Branding Challenges," Forward to *Brands and Brand Management: Contemporary Research Perspectives*, eds. Barbara Loken, Rohini Ahluwalia, and Michael J. Houston, xv-xx.

74.   Kevin Lane Keller (2010), "Brand Equity Management in a Multichannel, Multimedia Retail Environment," in a special issue, "Emerging Perspectives on Marketing in a Multichannel and Multimedia Retailing Enviroment," *of Journal of Interactive Marketing*, co-editors Venkatesh Shankar and Manjit Yadav, 24 (May), 58-70.

75.   Kevin Lane Keller (2010), Forward to Kelly Tian and Lily Dong, *Imagining China, Imagining Brands.*

76.   Kevin Lane Keller (2010), Forward to Christian Dussart, *Creative Self-Destruction: An Integrated Set of New Business Logics to Escape Commoditization Hell.*

77.   Kevin Lane Keller (2010), "The New Branding Imperatives: Insights for the New Marketing Realities," Marketing Science Institute, *Fast Forward* series.

78.   Kevin Lane Keller (2011), "Commentary on 'Case Study: Time for a Unified Campaign?'," *Harvard Business Review*, June, p. 133.

79.   Kevin Lane Keller and Philip Kotler (2011), "Branding in Business-to-Business Firms," in *Business to Business Marketing Handbook*, eds. Gary L. Lilien and Rajdeep Grewal, Edward Elgar Publishing, 208-225.

80.   Kevin Lane Keller (2011), "Global Branding: Three Keys for Global Brand Success," in *Wiley International Encyclopedia of Marketing* edited by Jagdeth Sheth and Naresh Malhotra, in Volume 1 *International Marketing,* eds. Daniel Bello and David Griffith, John Wiley & Sons Limited, 58-66.

81.   Kevin Lane Keller (2011), Forward to *Consumer-Brand Relationships: Insights for Theory and Practice*, eds. Marc Fetscherin, Susan Fournier, Michael Breazeale, and T.C. Melewar.

82.   Susan M. Broniarczyk and Kevin Lane Keller (2011), "Consumer Perceptions of Brand Extensions," in *Consumer Insights: Findings from Behavioral Research*, ed. Joseph W. Alba, (Cambridge, MA: Marketing Science Institute).

83.   Kevin Lane Keller (2011), "Brands That Transcend: How to Navigate the Future of Brand Management," *Marketing Management*, Summer, 36-43.

84.     Kevin Lane Keller (2012), "Brand Strategy," in *Marketing Strategy Handbook*, eds. Venky Shankar and Gregory Carpenter, Edward Elgar Publishing, pp. 289-305.

85.     Sanjay Sood and Kevin Lane Keller (2012), "The Effects of Brand Name Structure on Brand Extension Evaluations and Parent Brand Dilution," *Journal of Marketing Research*, 49 (June), 373-382.

86.     Kevin Lane Keller (2012), "Building Rich Brand Relationships: Research Dialogue on Brands As Intentional Agents," *Journal of Consumer Psychology*, 22 (April), 166-176.

87.     Kevin Lane Keller (2012), "Economic and Behavioral Perspectives on Brand Extension," *Marketing Science*, 31 (September-October), 772-775.

88.     Kevin Lane Keller (2013), "Brand," in *The Palgrave Encyclopedia of Strategic Management*, eds. David Teece and Mie Augier, Palgrave Macmillan.

89.     Kevin Lane Keller (2013), "Brand Equity," in *The Palgrave Encyclopedia of Strategic Management*, eds. David Teece and Mie Augier, Palgrave Macmillan.

90.     Susan E. Heckler, Kevin Lane Keller, Michael J. Houston, and Jill Avery (2014) "Building Brand Knowledge Structures: Elaboration and Interference Effects on the Processing of Sequentially Advertised Brand Benefit Claims," *Journal of Marketing Communications*, 20 (3), 176-196.

91.     Kevin Lane Keller and Lowey Sichol (2014), *Best Practice Cases in Branding*, 4th ed., Upper Saddle River, NJ: Pearson Prentice-Hall.

92.     Roger Sinclair and Kevin Lane Keller (2014), "A Case for Brands as Assets: Acquired and Internally Developed," *Journal of Brand Management*, 21 (June), pp. 286-302.

93.     Chekitan Dev and Kevin Lane Keller (2014), "Brand Revitalization," *Cornell Hospitality Quarterly*, 55 (4), 334-341.

94.     Kevin Lane Keller (2014), Forward to "*Consumer Brand Relationships*" special issue of the *Journal of Brand Management*, 21 (June/July 2014), p.365.

95.     Kevin Lane Keller (2014), Forward to *Strong Brands, Strong Relationships*, eds. Susan Fournier, Michael Breazeale, and Jill Avery.

96.     Kevin Lane Keller (2014), "Six Scholarly Insights on Branding," *AMA Journal Reader*, October 2014.

97.     Kevin Lane Keller (2014), "Developing and Implementing Brand Architecture Strategies," *Journal of Brand Management*, 21 (December), pp. 702-715.

98.     Roger Sinclair and Kevin Lane Keller (2014), "The Case of the Vanishing Assets," *CFO*, September 11, 2014.

**Appendix A**

99.    Kevin Lane Keller (2015), "The Branding Logic Behind Google's Creation of Alphabet," *Harvard Business Review*, August 14, 2015.

100.   Bendik Meling Samuelsen, Lars Erling Olsen, and Kevin Lane Keller (2015), "The Multiple Roles of Fit Between Brand Alliance Partners in Alliance Attitude Formation," *Marketing Letters*, 26 (December), pp. 619-629.

101.   Kevin Lane Keller (2015), Forward to *Handbook of Brand Management Scales 2015,* Lia Zarantonello and Véronique Pawels, Routledge Publishing.

102.   Kevin Lane Keller (2016), "Brand Development Processes and Planning," in *The Future of Branding*, eds. Rajendra K. Srivastava and Gregory Metz Thomas, (New Delhi, India: Sage Publications), pp. 149-176.

103.   Kevin Lane Keller (2016), "Brand Revitalization," in *The Future of Branding*, eds. Rajendra K. Srivastava and Gregory Metz Thomas, (New Delhi, India: Sage Publications), pp. 314-334.

104.   Barry Bayus, Tim Oliver Brexendorf, and Kevin Lane Keller (2016), "Understanding the Interplay Between Brand and Innovation Management: Findings and Future Research Directions," *Journal of the Academy of Marketing Science,* 43 (5), pp. 548-557.

105.   Tulin Erdem, Kevin Lane Keller, Dmitri Kuksov, and Rik Pieters (2016), "Understanding Branding in a Digitally Empowered World," *International Journal of Research in Marketing*, 33 (March), pp. 3-10.

106.   Kevin Lane Keller (2016), "Reflections on Customer-Based Brand Equity: Perspectives, Progress and Priorities," *AMS Review*, 6 (1), pp. 1-16.

107.   Kevin Lane Keller (2016), "Unlocking the Power of Integrated Marketing Communications: How Integrated is Your IMC Program?," *Journal of Advertising*, 45 (3), pp. 286-301.

108.   Rajeev Batra and Kevin Lane Keller (2016), "Integrating Marketing Communications: New Findings, New Lessons and New Ideas," *Journal of Marketing*, 80 (November), pp. 122-145.

109.   V. Kumar, Kevin Lane Keller and Katherine N. Lemon (2016), "Introduction to the Special Issue—Mapping the Boundaries of Marketing: What Needs to Be Known," *Journal of Marketing*, 80 (November), pp. 1-5.

110.   Kevin Lane Keller and Tim Oliver Brexendorf (2017), "Strategic Brand Management Process," in *Perspectives of Modern Brand Management 2e*, ed. Dr Franz-Rudolf Esch.

111.   Kevin Lane Keller and Tim Oliver Brexendorf (2017), "Measuring Brand Equity," in *Perspectives of Modern Brand Management 2e*, ed. Dr Franz-Rudolf Esch.

112.   Roger Sinclair and Kevin Lane Keller (2017), "Brand Value, Accounting Standards, and Mergers and Acquisitions: 'The Moribund Effect'," *Journal of Brand Management*, 24(2), 178-192.

**Appendix A**

113.  Tim Oliver Brexendorf and Kevin Lane Keller (2017), "Leveraging the Corporate Brand: The Importance of Corporate Brand Innovativeness and Brand Architecture," *European Journal of Marketing*, 51 (9/10), pp. 1530-1551.

114.  Jeffrey Parker, Donald Lehmann, Kevin Lane Keller, and Martin Schleicher (2018), "Building a Multi-Category Brand: When Should Dissimilar Products Be Introduced?," *Journal of the Academy of Marketing Science*, 46 (March), pp. 300–316.

115.  Kevin Lane Keller (2018), "Don't Forget the Brand: Strategies to Strengthen Communication Effects," in *Mapping Out Marketing: Navigation Lessons from the Ivory Trenches*, Ron Hill, Cait Lamberton and Jennifer Schwartz, Editors, Routledge, pp. 54-56.

116.  Kevin Lane Keller (2018), "Mastering Brand Architecture in a Hyper-Competitive Digital Era," *Admap*, October 2018.

117.  Kevin Lane Keller (2019), "Understanding and Responding to New Forms of Competition," *European Journal of Marketing*, 53 (1), pp. 20-24.

118.  Kevin Lane Keller (2019), "Infusing Brands and Branding into Customer Centricity," *Handbook on Customer Centricity: Strategies for Building a Customer-Centric Organization*, eds. Robert Palmatier, Chris Moorman, and Ju-Yeon Lee, Northampton, MA: Edward Elgar Publishing, 276-299.

119.  Kevin Lane Keller (2019), Forward to John LaForgia, *Brand Aid: The Revolutionary Transformation of the Mayo Clinic Brand*.

120.  Ann Lewnes and Kevin Lane Keller (2019), "Ten Principles of Modern Marketing: Lessons from Technology Marketing Leaders," *Sloan Management Review*, April.

121.  Kevin Lane Keller and Vanitha Swaminathan (2020), *Strategic Brand Management*, 5th ed., Upper Saddle River, NJ: Pearson Prentice-Hall.

122.  Travis Tae Oh, Kevin Lane Keller, Scott A. Neslin, David J. Reibstein, and Donald R. Lehmann (2020), "The Past, Present, and Future of Brands and Branding Research," *Marketing Letters*, 31(5), 151-162.

123.  Kevin Lane Keller (2020), "Consumer Research Insights on Brands and Branding: A JCR Curation," *Journal of Consumer Research*, 46 (February), 995-1001.

124.  Kevin Lane Keller (2020), "Leveraging Secondary Associations to Build Brand Equity: Theoretical Perspectives and Practical Applications," *International Journal of Advertising,* special issue on "Leveraged Marketing Communications," 39:4, 448-465.

125.  Lane Wakefield, Kirk Wakefield and Kevin Lane Keller (2020), "Understanding Sponsorship: A Consumer-Centric View of Sponsorship Effects," *Journal of Advertising*, 49 (3), 320-343.

# Appendix A

126.    Lane Wakefield, Kirk Wakefield, Kevin Lane Keller and Anne Rivers (2021), "Are Brands Wasting Money on Sport Sponsorships? A New Look at Brand Personality, Brand Equity and Official Sponsorship Effects," *Journal of Advertising Research*, 61 (2), 192-211.

127.    Robert W. Smith and Kevin Lane Keller (2021), "If All Their Products Seem the Same, All the Parts within a Product Seem the Same Too:  How Brand Homogeneity Polarizes Product Experiences," *International Journal of Research in Marketing*, 38 (September), 698-714.

128.    Kevin Lane Keller (2021), "The Future of Brands and Branding: Multiplicity, Synthesis and Impact," *Journal of Consumer Research*, Special Issue on "The Future of Brands in a Changing Consumer Marketplace," 48 (December), 527-540.

129.    Kevin Lane Keller (2022), "Understanding the Changing Role and Functions of Marketing," in the American Psychological Association's *Handbook of Consumer Psychology*, eds. Joel Huber, Lynn Kahle and Tina Lowery, 143-162.

130.    Kevin Lane Keller and Philip Kotler (2022), "Branding in Business-to-Business Firms," in *Business to Business Marketing Handbook*, vol. 2, eds. Gary L. Lilien and Rajdeep Grewal, Edward Elgar Publishing, forthcoming.

131.    Philip Kotler, Kevin Lane Keller and Alexander Chernev (2022), *Marketing Management*, 16th edition, Upper Saddle River, NJ: Pearson Prentice-Hall.

132.    Kevin Lane Keller (2022), "Three Career Pivots and a Lifetime of Happiness: Reflections of a Scholar," *Foundations and Trends in Marketing*, 16 (1–2), 136-139.

133.    Kevin Lane Keller (2022), "Volume Introduction: Advertising and Branding – The Contributions of Donald R. Lehmann." In Atul Parvatiyar (ed.), *Legends in Consumer Behavior: Donald R. Lehmann*. London: Sage, forthcoming.

134.    Vanitha Swaminathan, Sayan Gupta, Kevin Lane Keller, and Donald R. Lehmann (2022), "Brand Actions and Financial Consequences: Key Findings and Directions for Future Research," *Journal of the Academy of Marketing Science*, 50 (April), 639-664.

135.    Koushyar Rajavi, Donald R. Lehmann, Kevin Lane Keller, and Alireza Golmohammadi (2022), "How Advertising Expenditures Affect Consumers' Perceptions of Quality: A Psychology-Based Assessment of Brand, Category and Country-Level Moderators," *Journal of Advertising Research*, 62 (4), 321-335.

136.    Koushyar Rajavi, Donald R. Lehmann, Kevin Lane Keller, and Alireza Golmohammadi (2023), "Ad Expenditures and Perceived Quality: A Replication and Extension," *Marketing Letters*, 34, 161-169.

137.    Kevin Lane Keller (2023), "Looking Forward, Looking Back: Developing a Narrative of the Past, Present & Future of a Brand," *Journal of Brand Management*, 30 (3), 1-8.

# Appendix A

138.    Kendall Park, Steve Hoeffler and Kevin Lane Keller, "Marketing Perspectives on Social Initiatives: Conceptual Foundations and an Agenda for Future Research," *AMS Review*, forthcoming.

## WORKING PAPERS

Ann Lewnes, Kevin Lane Keller, Malte Bernholz, Pooja Prasad and Will Newell, "A New Blueprint for Marketing in the Age of the Connected Customer," under consideration, *Harvard Business Review*

Kevin Lane Keller, Sanjay Sood and Inigo Gallo, "Transcending Category Boundaries: Understanding the Expansion of Brand Meaning," under 3rd  review, *Journal of Consumer Research*

Kendall Park, Steve Hoeffler and Kevin Lane Keller, "Maximizing the Value of CSR Initiatives: A Net Benefits Scorecard," under review, *Business Horizons.*

Tingting Fan, Peter Golder, and Kevin Lane Keller, "Brand Mind Share Evolution among a Developing Country's Urban Migrants: What are the Impacts of Intra-Country Economic, Cultural, and Social Distances?," under 2nd review, *Journal of International Marketing.*

Kevin Lane Keller, Sanjay Sood and Inigo Gallo, "Understanding Brand Extension Effects: An Integrated Processing Framework," targeted for *AMS Review.*

Tim Brexendorf and Kevin Lane Keller, "The Fundamental Importance of Corporate Brand Credibility," under revision.

## MANUSCRIPTS IN PREPARATION

"Channel Strength and Brand Equity: Conceptual Foundations, Empirical Observations and Future Research Directions" (with Anthony Koschmann), targeted for *Journal of Marketing.*

"The Brand Propensity Scale" (with Meg Campbell and Nicholas Light), targeted for *Journal of Marketing.*

"Branding Research in Marketing: Historical Origins, Current Perspectives, and Future Directions"

"Is the Customer Always in Charge? Understanding Consumer Empowerment, Enlightenment, and Engagement," targeted for *Harvard Business Review.*

"Managing Your Customer Base: Understanding Brand Pyramids," targeted for *Harvard Business Review.*

"Brand What? What You Really Need to Know About Your Brands," targeted for *Management & Business Review.*

*Brand Footsteps: Lessons from a Lifelong Branding Journey.*

# Appendix A

## WORK IN PROGRESS

Here Today, Gone Tomorrow: Consumer Response to the Discontinuation of Time-Limited Products (with Tim Brexendorf, Jeff Parker and Don Lehmann)

Understanding the Effects of Perceived Product Line Stability and Volatility on Consumer Brand Evaluations (with Tim Brexendorf, Jeff Parker and Don Lehmann)

## RESEARCH INTERESTS

Marketing Management: Planning, Programs and Processes

Strategies and Tactics to Build, Measure and Manage Brand Equity

Design, Implementation and Evaluation of Integrated Marketing Communication Programs

## TEACHING INTERESTS

MBA:          Marketing Management; Brand and Product Management; Advertising and Communication Management

PhD:          Behavioral Research in Marketing:  Theories and Methods

Executive:    Designing, Implementing, and Measuring Branding Programs and Integrated Marketing Communications Programs

## PRESENTATIONS

"Effects of Information Quantity and Quality on Decision Effectiveness," ORSA/TIMS Marketing Science Conference (February 1984).

"Memory Factors in Advertising: The Effects of Advertising Retrieval Cues on Brand Evaluations," Association for Consumer Research Conference (October 1985 and October 1986), American Marketing Association Educators' Conference (August 1986), and American Psychological Association Annual Meeting (August 1986), Marketing Science Institute Advertising Steering Group (October 1986).

"Memory Retrieval Factors and Advertising Effectiveness," Sandage Symposium III: Contending Psychological Approaches to Advertising, University of Illinois (June 1987), Advertising and Consumer Psychology Conference (May 1989), Marketing Research Society of Australia Conference (October 1990), University of Melbourne Faculty Research Seminar (October 1990), University of Western Australia Faculty Research Seminar (April 1991).

"Consumer Evaluations of Brand Extensions," Marketing Science Institute Brand Equity Conference (February 1988), ORSA/TIMS Marketing Science Conference (February 1988), Association for Consumer Research Conference (October 1988).

"Memory and Evaluation Effects in Competitive Advertising Environments," University of Florida Faculty Research Seminar (April 1988), Pennsylvania State University Faculty Research Seminar

## Appendix A

(June 1988), Stanford Marketing Camp (August 1988), Association for Consumer Research Conference (October 1989).

"Cue Compatibility and Framing in Advertising," Association for Consumer Research Conference (October 1988), Wharton Faculty Research Seminar (March 1989), University of Michigan Faculty Research Seminar (November 1989), University of Arizona Faculty Research Seminar (March 1990).

"The Effects of Sequential Introduction of Brand Extensions," Association for Consumer Research Conference (October 1989), University of Washington Faculty Research Seminar (December 1989), Duke University Faculty Research Seminar (July 1990).

"Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," University of Auckland Faculty Research Seminar (April 1991), Cornell University Faculty Research Seminar (April 1992), New York University Faculty Research Seminar (April 1992), Columbia University Marketing Camp (June 1992), American Marketing Association 13th Annual Marketing Research Conference (September 1992), Marketing Science Institute Trustees Meeting (November 1992), Harvard University (February 1993).

"The Interaction of Brand Name and Brand Positioning Strategies on Advertising Effectiveness Over Time," Association for Consumer Research Conference (October 1991), University of California, Irvine Faculty Research Seminar (December 1993), Duke University Faculty Research Seminar (March 1994).

"Retrieval Difficulty and Subsequent Recall in an Advertising Setting," Association for Consumer Research Conference (October 1992).

"The Effects of Corporate Images and Branding Strategies on New Product Evaluations," Association for Consumer Research Conference (October 1992), Sheth Foundation Winter Marketing Camp, University of Pittsburgh (February 1995), Marketing Science Institute (January 1996).

"Dave Aaker:  A Wizard, A True Star," Paul D. Converse Award Symposium (May 1996)

"Building and Measuring Brand Equity," Association for National Advertisers, Corporate Communications Conference (October 1995), Marketing Science Institute (September 1996)

"Brand Knowledge and Advertising Effectiveness:  Learning and Persuasion Perspectives," University of Texas Faculty Research Seminar (March 1996), University of Florida Faculty Research Seminar (March 1996), University of California at Berkeley Faculty Research Seminar (September 1996).

"Global Brand Equity," Doctoral Internationalization Consortium, University of Texas (June 1997)

"The Effects of Branding Strategies and Product Experience on Brand Equity," University of Rochester Faculty Research Seminar (June 1997), Duke University Faculty Research Seminar (August 1997), University of Massachusetts, University of Connecticut, and University of Rhode Island Marketing Colloquium (September 1997), London Business School Faculty Research Seminar (October 1997), UCLA Marketing Camp (March 1998), Emory University Faculty Research Seminar (April 1998), MSI Brand Architecture Conference (March 2005), University of Buffalo (March 2005), TCU (April 2008)

"Branding the B-School," New England Colleges of Business Administrators Conference (September 1997)

# Appendix A

"Branding Perspectives on Social Marketing," Association for Consumer Research Conference (October 1997)

 "New Perspectives on Integrated Marketing Communications," Marketing Science Institute Conference on Fundamental Issues and Directions in Marketing (June 1998) and Brandworks University Conference (July 1998).

"Analyzing Media Interactions: The Effects of Coordinated TV-Print Advertising Campaigns," University of New South Wales Faculty Research Seminar (November 1998), Northwestern University Faculty Research Seminar (March 1999), Ohio State University Faculty Research Seminar (April 1999).

"Brand Equity Research: Progress and Priorities," University of New South Wales Faculty Research Seminar (November 1998).

"The Effects of Brand Expansions and Ingredient Branding Strategies on Parent Brand Extendibility," Duke University Faculty Research Seminar (September 1999), Univeristy of Toronto Faculty Research Seminar (April 2000), INSEAD Faculty Research Seminar (September 2000), University of Minnesota Faculty Research Seminar (March 2001), Boston University Faculty Research Seminar (April 2001).

"Understanding Global Branding," Georgetown University Marketing Retreat (April 2001)

"Building Strong Brands:  Lessons from the World's Top Marketers," Rice University (December 1999), Japanese Marketing Association (March 2001), Vega School of Brand Communications (South Africa) (May 2001), Gordon Institute of Business Science (South Africa) (December 2002), N.C. State University College of Textiles (September 2005), Taiwan (September 2006).

"Building Brand Equity through Societal Marketing," MSI Conference on Marketing, Corporate, Social Initiatives, and the Bottom Line (March 2001)

"The Future of Branding," Advertising Research Foundation (April 2002)

"Building Customer-Based Brand Equity," MSI Conference on Brand Loyalty (April 2002)

"Building and Managing Corporate Brand Equity," Conference on Corporate Reputation (May 2002)

"Branding and Brand Health," MSI/Wharton/McKinsey CMO Summit (September 2002)

"The Extendibility and Vulnerability of Abstract Brand Images," Harvard Business School (April 2003), University of Colorado at Boulder (February 2004), Northwestern Marketing Camp (September 2004), Babson College Research Colloquium (April 2005)

"Consumer Responses to Social and Commercial Sponsorships," MSI Integrating Social Responsibility and Marketing Strategy Conference, Boston University (September 2003)

"Orchestrating Marketing Communications to Build Brand Equity," Marketing Science Institute Conference on Brand Orchestration, Orlando, FL (December 2003)

"Making Marketing Better," University of California at Berkeley (November 2004)

# Appendix A

"Understanding Brand Alliances," Brand Alliance Research Conference, Oklahoma State University (April 2005)

"Marketing Excellence: The New Marketing Imperatives," Norway (May 2005), Brazil (June 2005), Singapore (July 2005), Tokyo (July 2005), Hong Kong (November 2005), Sweden (October 2006)

"Building Strong Brands: Three Models for Developing and Implementing Brand Plans," University of Massachusetts (February 2006), University of Kansas (April 2006), University of Minnesota (May 2006), Brigham Young University (March 2008), University of Arizona (November 2008)

"Developing and Exploiting Brand Equity," Brand Conclave 2006, Kolkata, India (July 2006)

"The Future of Business Education," Duke University (December 2006)

"Branding Excellence: The New Branding Imperatives," Nordic Branding Academy, Stockholm, Sweden (October 2006), George Washington University (March 2007), University of Wisconsin (March 2007), World Management Congress, Brazil (June 2007), Global Marketing Network, London (October 2007), Brand Fair 4, Belgrade, Serbia (February 2008), Jamaica (April 2008), Croatia (September 2008), Iceland (April 2010), Egypt (June 2010), Tobago (February 2011)

"Building Strong Brands Through Sponsorship," IEG 24th Annual Sponsorship Conference (March 2007)

"Branding India," Brand India Consortium, University of Connecticut (May 2007)

"Understanding Brand Extensions," Tuck Overseers (May 2007)

"Achieving Brand Resonance," MSI Creating and Cultivating Customer Connections Conference, University of Minnesota (June 2007)

"Frontiers in Branding Research," Norwegian School of Management, Brand Institute, Oslo, Norway (August 2007)

"Building Strong Brands In an Experience Economy," Nordic Experience Economy Conference, Kristiansand, Norway (August 2007)

"The Seven Deadly Sins of Brand Management," 2008 Dyess Lectureship in Marketing, Texas Christian University (April 2008)

"Hitting the Branding Sweetspot: How to Best Balance Marketing Trade-offs," Chicago AMA Brand Smart Conference (June 2008), Porto, Portugal (March 2009), Marketing Science Institute conference on New Art and Science of Branding (September 2009)

"Marketing Excellence: How to Become a Better Marketer," Carnegie-Mellon University (September 2008)

"Creating a Global Brand," World Knowledge Forum, Seoul, Korea (October 2008)

"Not-for-Profit and Cause Branding," George Washington University (April 2009)

"Brand Building in Good Times and in Bad," Tepper School of Business New York City Alumni Chapter (May 2009)

# Appendix A

"Branding Today and Tomorrow," Universidade de São Paulo, São Paulo, Brazil (September 2009), MSI 50th Anniversary Trustees Meeting (April 2011)

"The Power of the Retail Brand," Brazilian Association of Supermarkets (ABRAS ) annual conference, São Paulo, Brazil (September 2009)

"Brand Resonance as a Strategic Marketing Tool," American Marketing Association "Meeting of the Minds" webinar series (February 2010), Consumer-Brand Relationship Colloquium, Rollins College (April 2010)

"The New Branding Imperatives," Michigan State University (April 2010), University of Alaska Fairbanks (April 2010), Tuck Board of Overseers (May 2010), Mscom Excellence Lecture Series, University of Lugano (April 2011), CBS Copenhagen (December 2012), Munich (February 2013)

"Blending Branding Theory & Practice: Insights & Lessons From Applying the Brand Resonance Model," Customer Insights Conference, Yale University (May 2010)

"30th Anniversary Talk: Marketing Yesterday, Today, and Tomorrow," Carnegie-Mellon University, (November 2010)

"Building Powerful, Profitable Brands in Tough Economic Conditions," Trinidad & Tobago (February 2011)

"Research Must Change" (panelist), ARF 75th Anniversary Convention, New York, NY (March 2011)

"Proven Marketing Strategies in Today's Complex Reality," 23rd Vlerick Alumni Marketing Colloquium, Ghent, Belgium (March 2011), Media Conference, Oslo, Norway (October 2012)

"21st Century Brand Management: Growth & Profitability," Marketing Association of Thailand, Bangkok, Thailand (March 2011)

"Perspectives on the Past, Present, and Future of Branding," AMA Special Session Celebrating the Contributions of the Sheth Foundation, San Francisco, CA (August 2011)

"Proven Marketing Strategies in Challenging Marketing Conditions," Stockholm, Sweden (October 2011)

"Building Strong Brands in Today's Competitive Marketplace," Mumbai, India (March 2012), University of Minnesota Brand Matters Series (April 2012)

"Brands and Branding," Brands and Branding in Law, Accounting and Marketing, University of North Carolina at Chapel Hill (April 2012)

"The Importance of Branding in Today's Competitive Marketplace," Johns Hopkins University (May 2012)

"Building Powerful and Profitable Brands in Good and Bad Times," Mumbai (March 2013), Jakarta (March 2014), Mumbai (March 2014)

"Brand Architecture," 2013 Cornell Brand Management Roundtable (April 2013)

"Brand Trust," MSI Spring Trustees Meeting (April 2013)

# Appendix A

"Current Research in Branding," University of Massachusetts, University of Connecticut, and University of Rhode Island Marketing Colloquium (April 2013); University of Pittsburgh Marketing Camp (February 2014), University of Miami (April 2014)

"Five Golden Rules of Branding," VT/NH Marketing Group 2014 Annual Conference, Woodstock, VT (May 2014); IMARK, Reykjavik, Iceland (September 2016)

"Theory + Practice in Branding," 4th Annual Theory + Practice in Marketing Conference, Northwestern University (May 2014)

"Designing and Funding Research for Practice:  The Role of MSI and Other Considerations," 2014 Marketing & Public Policy Conference, Boston, MA (June 2014)

"Fulfilling Your Brand Promise: Activating Your Cause," Doing Well By Doing Good, Hanover, NH (June 2014); Seoul, Korea (November 2014)

"Creating Powerful Brands in a New Marketing World: Five Golden Rules," Ghent, Belgium (December 2014).

"Bold Branding: New Marketing Imperatives for Profitability," Kingston, Jamaica (April 2015)

"Building A New Marketing Toolkit: Five Indispensable Tools," IMARK, Reykjavik, Iceland (September 2016)

"Building Strong Brands in Energy Markets," CHARGE conference, Reykjavik, Iceland (September 2016)

"Understanding Brand Extensions and Brand Architecture," University of Montana (September 2016); Colorado College (December 2016)

"Lessons in Building and Managing Strong Brands," University of Montana (September 2016); Colorado College (December 2016); Iowa State University (April 2018)

"The Past, Present, and Future of Brands and Branding," MSI Fall Trustees Meeting, Chicago, IL (November 2017)

"Developing a Compelling Brand Strategy for Non-Profits," Upper Valley Non-Profit Exchange, Hanover, NH (November 2017)

"Understanding Brand Stretch," Iowa State University (April 2018); Georgia Tech University (December 2018)

"Staying A Step Ahead:  How to Avoid Category Disruption,"  World Marketing Summit, Tokyo Japan (October 2018)

"Master Class in Branding," Brand Conclave 2018, Kolkata, India (December 2018) and Kingston, Jamaica (April 2019)

"Spotlight: Kevin Lane Keller," Marketing Accountability Standards Board (MASB) Summer Summit and Board Meeting, Chicago, IL (August 2019)

"Brands & Branding Today & Tomorrow," The Future of Brands Conference, Columbia University (December 2019)

**Appendix A**

"Research Portfolio on Branding," University of Southern California (November 2020)

"The Art & Science of Branding," Yongsei University (May 2021); Brand World Summit – India (September 2021); DERMARKENTAG 2021 – Germany (September 2021)

"Branding in B2B Firms," ISBM B2B Research Webinar (November 2021)

"Future of Brands and Branding," Science and Society Meetings, İstanbul Commerce University – Turkey (August 2022); Jamia Hamdard University – India (August 2022), IIM Calcutta (November 2023)

"VW & Lucasfilm Partnership," SXSW (March 2023)


**AWARDS AND HONORS**

Dissertation Awards: American Marketing Association (Honorable Mention, August 1986), American Psychological Association Division 23 (First Place, August 1986), Association for Consumer Research (Honorable Mention, October 1986), Marketing Science Institute (First Place, August 1984)

American Marketing Association Doctoral Consortium: Fellow 1984; Faculty 1988-1991, 1996, 1998, 2002-2005, 2007-2010, 2013-2014, 2017

Finalist, Best Paper in *Journal of Consumer Research* Award for 1986-1988

Runner-up, Marketing Science Institute Research Competition on Brand Equity (November 1989)

James and Doris McNamara Faculty Fellow for 1989-90

Outstanding Reviewer Award for *Journal of Marketing Research* for 1991-92

Fletcher Jones Faculty Scholar for 1992-93

1994 Harold H. Maynard award for *Journal of Marketing* article in 1993 making the most significant contribution to marketing theory and thought

Paul J. Rizzo Faculty Fellow for 1995-97

Finalist, 1997 William F. O'Dell Award for *Journal of Marketing Research*

Best Paper Award, "Brand Familiarity and the Onset of Advertising Wearout," International Research Seminar on Marketing Communications and Consumer Behavior, The La Londe Seminar, France, 2001

2003 Sheth Foundation/Journal of Marketing Award recognizing articles published in the *Journal of Marketing* that have made lasting contributions to the discipline of marketing

2005 ZIBS Distinguished Theory Award (from Zyman Institute of Brand Science (ZIBS) at Emory University's Goizueta Business School)

Two articles, "Consumer Evaluations of Brand Extensions" and "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity" named by INFORMS Society for Marketing Science

**Appendix A**

in March 2007 to its list of Top 20 marketing science papers written in the past 25 years that have most affected the practice of marketing science

2009 Twenty-Five Year Consortium Fellow Research Excellence Award from American Marketing Association Foundation, 2009

2010 Outstanding Author Contribution Award for "Building a Strong Business-to-Business Brand" published in *Advances in Business Marketing and Purchasing* as part of the Literati Network Awards for Excellence 2010.

2019 Blair Award for Marketing Accountability (with Roger Sinclair) from the Marketing Accountability Standards Board (MASB)

2020 "Paper of the Year" in Sports Marketing for "Understanding Sponsorship: A Consumer-Centric View of Sponsorship Effects," American Marketing Association (AMA) SportsSIG

2021 Amity Gold Medal for Contribution to the Global Branding Fraternity

2023 Best Paper award in the *Journal of Advertising Research* for "How Advertising Expenditures Affect Consumers' Perceptions of Quality: A Psychology-Based Assessment of Brand, Category and Country-Level Moderators"

Research.com Business and Management in United States Leader Award for 2023


## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| Special Guest Editor: | *International Journal of Research in Marketing* Special Issue on "Branding in a Digitally-Empowering World" (2016) and *Journal of the Academy of Marketing Science*, Special Issue on "Brand and Innovation Interdependency" (2015) |
| Area Editor: | *Journal of Consumer Research* (2018-2021) |
| Editorial Boards: | *Journal of Consumer Research* (1994-2002), *Journal of Marketing Research* (1992-2002), *Journal of Marketing* (1993-2002, 2008-2010), *Journal of Sponsorship* (2007-2010), *Journal of Brand Management* (1995-), *Asian Journal of Marketing* (1999-) |
| Ad Hoc Reviewer: | *Marketing Science, Journal of Consumer Psychology, Sloan Management Review, California Management Review, Corporate Reputation Review, Harvard Business Review.* |
| Ad Hoc Reviewer: | Association for Consumer Research Conference (1987-), American Marketing Association Educators' Conference (1988-), American Marketing Association Doctoral Dissertation Competition (1992-), Marketing Science Institute Doctoral Dissertation Competition (1991-) |
| Academic Trusteee: | Marketing Science Institute (2000-2006) |
| Executive Director: | Marketing Science Institute (2013-2015) |
| Executive Committee: | Marketing Science Institute (2015-2022) |

**Appendix A**

| | |
|---|---|
| External Reviewer: | Accreditation of Massachusetts Institute of Technology by the New England Commission of Higher Education (2019) |
| Judge: | JCR Ferber Awards (1999), *Forbes* "2015 30 Under 30 in Marketing & Advertising"; 2014-2017 ANA Marketing Analytics Leadership Awards; 2017 AMA Parlin Award |
| Co-Chair: | 1994 Annual Conference of the Society for Consumer Psychology |
| Member: | American Marketing Association Knowledge Coalition (2005-2007); American Marketing Association Foundation (AMAF) Board of Advisors (2016-2020) |
| Member: | American Marketing Association, Association for Consumer Research, The Institute for Management Science |

## INDUSTRY ACTIVITIES

Multiple engagements with the following firms:

| | | |
|---|---|---|
| Accenture | GfK | Nike |
| Allstate | Goodyear | Nivea |
| American Express | Google | Nordstrom |
| Blue Cross Blue Shield | Hasbro | Ocean Spray |
| Campbell Soup | Intel | Procter & Gamble |
| Capital One | Intuit | Red Hat |
| Coca-Cola | Irving Oil | SAB Miller |
| Colgate | Johnson & Johnson | Samsung |
| Disney | Kodak | Shell Oil |
| DLA Piper | Levi Strauss | Starbucks |
| Eli Lilly | L.L. Bean | Tokyu |
| ExxonMobil | Mayo Clinic | Unilever |
| Ford | McNeil Labs | Young & Rubicam |
| General Mills | MTV | |

Press interviews (sample media):

| | |
|---|---|
| *New York Times* | *Fortune* |
| *USA TODAY* | *Forbes* |
| *Los Angeles Times* | *Business Week* |
| *Boston Globe* | *Business 2.0* |
| *Chicago Tribune* | *Advertising Age* |
| *Wall Street Journal* | *Brandweek* |
| *Newsweek* | *NPR* |
| *Time* | |

Expert witness work (sample clients):

| | | | |
|---|---|---|---|
| Coca-Cola | MasterCard | Accenture | Facebook |
| Intel | Visa | L.L. Bean | Bosch |
| American Express | NFL | Philip Morris | JUUL Labs |
| Toyota | Abercrombie & Fitch | Amazon | |
| DuPont | Eaton | Anheuser-Busch | |
| Ernst & Young | General Motors | Mercedes-Benz | |

# Appendix A

**UNIVERSITY SERVICE**

Member:  Dean's Advisory Group (1987-1989)

Member:  Dean's Search Committee (1989-1990)

Member:  MBA Core Review Task Force (1989-1990)

Doctoral Program Liaison for Marketing Area (1989-1990)

Member:  Information Resources Policy Board (1992-4)

Area Coordinator for Marketing (1993-1994)

Area Chair of Marketing (1996)

Area Chair of Marketing (2009-2012, 2018-2019)

Senior Associate Dean for Innovation and Growth (2019-2020)

Senior Associate Dean for Marketing and Communications (2020-2022)

Member:  MBA Expansion Committee (1996-1997)

Member:  Curriculum Committee (1998-99)

Member:  Faculty Advisory Committee – Strategy Review (1999-2000)

Member:  Admission Committee (1999-2000, 2015-2020)

Member:  Academic Performance Committee (APC) (1999-2004)

Member:  Dean's Marketing Advisory Group (DMAG) (2000-2003)

Member:  Strategy Review Committee (2005-2006)

Member: Ad Hoc Task Force on Globalization, Project 2012 (2006-2008)

Member: Executive Education Committee (2006-2009, 2015-2020)

Member: Dean's Executive Committee (2008-2009)

Member: Strategy Review Task Force (2011-2013)

Member of Various Campus Committees (2015-2019)

Doctoral Thesis Principal Adviser:

> Jennifer L. Aaker (thesis articles, "Dimensions of Brand Personality," *Journal of Marketing Research*, 34 (August), 1997, 347-357 & "The Malleable Self:  The Role of Self-Expression in Persuasion," *Journal of Marketing Research*, 36 (February), 1999, 45-57)

22

# Appendix A

Sheri Bridges (thesis article, "Explanatory Links and the Perceived Fit of Brand Extensions: The Role of Dominant Parent Brand Associations and Communication Strategies," *Journal of Advertising*, 29 (4), 2000, 1-11)

Christina L. Brown (thesis article, "'Do the Right Thing:' Diverging Effects of Accountability in a Managerial Decision Context," *Marketing Science*, 18 (3), 1999, 230-246)

Margaret C. Campbell (thesis article, "When Attention-Getting Tactics Elicit Consumer Inferences of Manipulative Intent: The Importance of Balancing Benefits and Investments," *Journal of Consumer Psychology*, 4 (3), 1995, 225-254)

Yih Hwai Lee (thesis article, "Responses to Information Incongruency in Advertising: The Role of Expectancy, Relevancy, and Humor," *Journal of Consumer Research*, 26 (2), 1999, 156-169)

Doctoral Thesis Committee Member:

Amna Kirmani
Chan Su Park
Rika Spencer

**Appendix B**

# Prior Testimony of Kevin Lane Keller

### (Last Four Years)

- *Terry Hamm et al. vs. **Mercedes-Benz USA LLC***, United States District Court for the Northern District Court of California, San Jose Division, Case No. 5:16-cv-03370-EJD, (October 2020)

- State of North Carolina, ex rel. Joshua H. Stein, Attorney General, Plaintiff, v. ***JUUL Labs Inc.***, Superior Court Division, Durham County (March 2021)

- ***Facebook, Inc. & Subsidiaries*** vs. Commissioner of Internal Revenue, United States Tax Court, (Docket No. 21959-16), (October 2021)

- ***TIGI Linea Corp.*** *v. Professional Products Group LLC*, United States District Court for the Eastern District of Texas, Sherman Division, Case No. 19-CV-840 (November 2021)

- ***JUUL Labs, Inc.*** Marketing, Sales Practices, and Products Liability Litigation, United States District Court for the Northern District of California, Case No. 19-md-02913-WHO (December 2021)

- *24-7 Bright Star Healthcare LLC vs. **Res-Care, Inc. d/b/a BrightSpring Health Services***, United States District Court for the Northern District of Illinois - Eastern Division, Case No. 1:21-cv-4609 (January 2022)

- Nancy Anderton, et al. and multiple plaintiffs (Duramax Diesel class action) vs. ***Robert Bosch LLC and Robert Bosch GmbH***, et al., United States District Court for the Eastern District of Michigan, Case No. 1:17-CV-11661-TLL-PTM (March 2022)

- ***JUUL Labs, Inc.*** Marketing, Sales Practices, and Products Liability Litigation, United States District Court for the Northern District of California, Case No. 3: 19-md-02913-WHO (June 2022)

- State of Minnesota vs. ***JUUL Labs, Inc***., et al., Case No. 27-CV-19-19888 (September 2022)

- City of Chicago vs. ***JUUL Labs, Inc***., et al., Case No. 2020CH04183 (October 2022)

- District of Columbia vs. ***JUUL Labs, Inc***., et al., Case No. 2019 CA-007795 B (February 2023)

- ***McKoy, et al***., v. The Trump Corporation, et al., Southern District of New York, Case No. 1:18-cv-09936 (February 2023)

- ***Patane et al.*** vs. Nestle Waters North America, Inc., United States District Court for the District of Connecticut, Cases: 3:17-CV-01381 (JAM) (September 2023)

# Appendix B

- ***Smartmatic USA Corp, Smartmatic International Holding B.V. and SGO Corporation*** vs. Newsmax Media Inc., Superior Court of the State of Delaware, Case No. N21C-11-028 EMD (February 2024)

Clients Designated in Bold & Italics; Approximate Dates in Parentheses

**Appendix C**

# Documents Considered

## ACADEMIC ARTICLES AND BOOKS

- Anderson, Soren T., et al., "The Intergenerational Transmission of Automobile Brand Preferences," *The Journal of Industrial Economics*, Vol. 63, No. 4, 2015, pp. 763–793

- Assael, Henry, *Consumer Behavior: A Strategic Approach* (Boston, MA: Houghton Mifflin Company), 2004

- Bettman, James R., Mary Frances Luce, and John W. Payne, "Constructive Consumer Choice Processes," *Journal of Consumer Research*, Vol. 25, No. 3, 1998, pp. 187–217

- Britt, Steuart Henderson, "How Weber's Law Can Be Applied to Marketing," *Business Horizons*, Vol. 18, No. 1, 1975, pp. 21–29

- Broniarczyk, Susan M., Wayne D. Hoyer, and Leigh McAlister, "Consumers' Perceptions of the Assortment Offered in a Grocery Category: The Impact of Item Reduction," *Journal of Marketing Research*, Vol. 35, No. 2, 1998, pp. 166–176

- Busse, Meghan, Jorge Silva-Risso, and Florian Zettelmeyer, "$1,000 Cash Back: The Pass-Through of Auto Manufacturer Promotions," *The American Economic Review*, Vol. 96, No. 4, 2006, pp. 1253–1270

- Copeland, Adam, Wendy Dunn, and George Hall, "Inventories and the automobile market," *The RAND Journal of Economics*, Vol. 42, No. 1, 2011, pp. 121–149

- Dzyabura, Daria, and John R. Hauser, "Active Machine Learning for Consideration Heuristics," *Marketing Science*, Vol. 30, No. 5, 2011, pp. 801–819

- Feng, Jie, and Purushottam Papatla, "Is Online Word of Mouth Higher for New Models or Redesigns? An Investigation of the Automobile Industry," *Journal of Interactive Marketing*, Vol. 26, No. 2, 2012, pp. 92–101

- Frederick, Shane, "Automated Choice Heuristics," in *Heuristics and Biases: The Psychology of Intuitive Judgment*, T. Gilovich, D. Griffin, and D. Kahneman eds. (Cambridge, UK: Cambridge University Press), 2002, pp. 548–558

- Hochstein, Bryan, et al., "Adapting influence approaches to informed consumers in high-involvement purchases: are salespeople really doomed?" *Journal of the Academy of Marketing Science*, Vol. 47, No. 1, 2019, pp. 118–137

- Hoyer, Wayne D., Deborah J. MacInnis, and Rik Pieters, *Consumer Behavior*, 7th Edition (Boston, MA: Cengage Learning), 2018

- Jang, Sungha, Ashutosh Prasad, and Brian T. Ratchford, "Consumer Search of Multiple Information Sources and its Impact on Consumer Price Satisfaction," *Journal of Interactive Marketing*, Vol. 40, 2017, pp. 24–40

- Kahneman, Daniel, and Amos Tversky, "Prospect Theory: An Analysis of Decision under Risk," *Econometrica*, Vol. 47, No. 2, 1979, pp. 263–292

# Appendix C

- Keller, Kevin Lane, "Building strong brands in a modern marketing communications environment," *Journal of Marketing Communications*, Vol. 15, Nos. 2–3, 2009, pp. 139–155

- Keller, Kevin Lane, "Memory Factors in Advertising: The Effect of Advertising Retrieval Cues on Brand Evaluations," *Journal of Consumer Research*, Vol. 14, No. 3, 1987, pp. 316–333

- Keller, Kevin Lane, and Vanitha Swaminathan, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, 5th Edition (Harlow, UK: Pearson Education Limited), 2020

- Kotler, Philip, and Kevin Lane Keller, *Marketing Management*, 15th Edition (Boston, MA: Pearson Education, Inc.), 2016

- Krishnan, K. S., "Incorporating Thresholds of Indifference in Probabilistic Choice Models," *Management Science*, Vol. 23, No. 11, 1977, pp. 1224–1233

- Laurent, Gilles, and Jean-Noël Kapferer, "Measuring Consumer Involvement Profiles," *Journal of Marketing Research*, Vol. 22, No. 1, 1985, pp. 41–53

- Scott Morton, Fiona, Jorge Silva-Risso, and Florian Zettelmeyer, "What matters in a price negotiation: Evidence from the U.S. auto retailing industry," *Quantitative Marketing and Economics*, Vol. 9, No. 4, 2011, pp. 365–402

- Slovic, Paul, et al., "Preference for Insuring Against Probable Small Losses: Insurance Implications," *The Journal of Risk and Insurance*, Vol. 44, No. 2, 1977, pp. 237–258

- Zaichkowsky, Judith Lynne, "Measuring the Involvement Construct," *Journal of Consumer Research*, Vol. 12, No. 3, 1985, pp. 341–352

- Zettelmeyer, Florian, Fiona Scott Morton, and Jorge Silva-Risso, "How the Internet Lowers Prices: Evidence from Matched Survey and Automobile Transaction Data," *Journal of Marketing Research*, Vol. 43, No. 2, 2006, pp. 168–181

## BATES-STAMPED DOCUMENTS

- Service and Warranty Information 2016, *Mercedes-Benz*, Hadjian_MBUSA_00022124–198

- Service and Warranty Information 2017, *Mercedes-Benz*, Hadjian_MBUSA_00022199–289

- Service and Warranty Information 2018, *Mercedes-Benz*, Hadjian_MBUSA_00022290–392

- Service and Warranty Information 2020, *Mercedes-Benz*, Hadjian_MBUSA_00022393–495

- Service and Warranty Information 2021, *Mercedes-Benz*, Hadjian_MBUSA_00022496–715

**Appendix C**

- Service and Warranty Information 2022, *Mercedes-Benz*, Hadjian_MBUSA_00022716–895

## DEPOSITIONS

- Deposition of Hagop Hadjian, March 17, 2023

## LEGAL PLEADINGS

- First Amended Complaint – Class Action, *Hagop Hadjian and John Alcorn, individually, and on behalf of a class of similarly situated individuals v. Mercedes-Benz USA, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:21-cv-00469-SCJ, April 15, 2021

- Plaintiff's Brief in Support of Motion for Class Certification, *Hagop Hadjian, individually, and on behalf of a class of similarly situated individuals v. Mercedes-Benz USA, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:21-cv-00469-ELR, February 9, 2024

## WEBSITES

- "10 Insider Tips for New Car Buying," *Kelley Blue Book*, March 4, 2019, https://www.kbb.com/car-news/ten-insider-tips-for-new-car-buying/2000011005/

- "2014 Global Automotive Consumer Study: The changing nature of mobility," *Deloitte*, June 2014, https://www2.deloitte.com/content/dam/Deloitte/au/Documents/manufacturing/deloitte-au-mfg-2014-global-automotive-consumer-study-changing-nature-mobility-290914.pdf

- "2015 Automotive Buyer Influence Study: Sources that Influence Purchase," *Cox Automotive*, 2015, https://www.coxautoinc.com/wp-content/uploads/2015/01/2015AutomotiveBuyerInfluenceStudyBrochureSNGL.pdf

- "2016 Mercedes-Benz AMG GT Review," *Edmunds.com*, https://www.edmunds.com/mercedes-benz/amg-gt/2016/review/

- "2017 Automotive Loyalty Awards," *IHS Markit*, 2017, https://cdn.ihs.com/www/pdf/AUT-Loyalty-Awards-Brochure.pdf

- "2017 Car Buyer Journey," *Cox Automotive and IHS Markit*, 2017, https://www.coxautoinc.com/wp-content/uploads/2017/01/132420_Car-Buyer-Journey_Study-Brochure_Final-Update.pdf

- "2018 Deloitte Global Automotive Consumer Study – Module 2: Customer Experience & Digital Engagement," *Deloitte*, February 2018, https://www2.deloitte.com/content/dam/Deloitte/it/Documents/consumer-business/Automotive_Study_2018_modulo2.pdf

# Appendix C

- "2018 Mercedes-AMG E43," *Car and Driver*, https://www.caranddriver.com/mercedes-amg/e43-2018

- "2018 Mercedes-AMG E63 S," *Car and Driver*, https://www.caranddriver.com/mercedes-amg/e63-s-2018

- "2019 Mercedes-AMG GLC43/GLC63," *Car and Driver*, https://www.caranddriver.com/mercedes-amg/glc43-4matic-glc63-4matic-2019

- "2019 Mercedes-AMG SL63/SL65," *Car and Driver*, https://www.caranddriver.com/mercedes-amg/sl63-sl65-2019

- "2022 Impact Report," *Consumer Reports*, 2022, https://www.consumerreports.org/annual-report/2022/impact-report/#:~:text=CR%20has%20a%20wide%20reach,ConsumerReports.org%2C%20each%20month

- "Buying a Used Car from a Dealer," *Federal Trade Commission*, August 2022, https://www.consumer.ftc.gov/articles/0055-buying-used-car#before

- "Car and Driver and The Fesco Group Launch All-New Wireless Intellidash Pro," *PR Newswire*, September 20, 2021, https://www.prnewswire.com/news-releases/car-and-driver-and-the-fesco-group-launch-all-new-wireless-intellidash-pro-301379803.html

- "Car Brands and Models That Can Save You Money Over Time," *Consumer Reports*, April 20, 2023, https://www.consumerreports.org/cars/car-repair-maintenance/car-brands-and-models-that-can-save-you-money-over-time-a9081677414/

- "Class Action Claims Mercedes-Benz Sold 2016-2021 AMG Models with Defective Front Bumper Covers, Air Inlets," *ClassAction.org*, January 29, 2021, https://www.classaction.org/news/class-action-claims-mercedes-benz-sold-2016-2021-amg-models-with-defective-front-bumper-covers-air-inlets

- "Experian Automotive: Vehicle loyalty rates rank high as consumers show the love," *Experian plc*, January 5, 2016, https://www.experianplc.com/media/news/2016/vehicle-loyalty-rates/

- "How Kelley Blue Book Rates Cars," *Kelley Blue Book*, August 26, 2021, https://www.kbb.com/car-news/how-kelley-blue-book-rates-cars/

- "How to Buy a New Car in 5 Steps," *Clark Howard Inc.*, July 14, 2020, https://clark.com/cars/how-buy-new-car/

- "How to Buy a Used Car in 10 Steps," *Kelley Blue Book*, November 6, 2023, https://www.kbb.com/car-advice/10-steps-to-buying-a-used-car/

- "How to Negotiate a New-Car Price Effectively: Do your homework before you go to a dealership," *Consumer Reports*, September 9, 2023, https://www.consumerreports.org/car-pricing-negotiation/how-to-negotiate-a-new-car-price-effectively

# Appendix C

- "How to Negotiate Car Prices: Easy tips for getting a better price on your next car," *Edmunds.com*, June 12, 2023, https://www.edmunds.com/car-buying/negotiating-101.html

- "KBB.com and Autotrader," *Kelley Blue Book*, https://b2b.kbb.com/resources/why-kbb/kbb-com-and-autotrader/

- "Mercedes-AMG," *Car and Driver*, https://www.caranddriver.com/mercedes-amg

- "National Consumer Survey of Driving Safety Technologies," *University of Iowa Public Policy Center, Transportation and Vehicle Safety Research Division*, July 30, 2015, http://ppc.uiowa.edu/sites/default/files/national_consumer_survey_technical_report_final_8.7.15.pdf

- "The 10 Most Expensive Luxury Car Brands To Maintain And Repair," *HotCars*, December 7, 2022, https://www.hotcars.com/most-expensive-luxury-car-brands-maintain/

- "The Death of Demographics: Why Targeting by Purchase Behavior is Most Effective in Automotive Marketing," *J.D. Power and Associates*, April 2011, https://www.jdpower.com/sites/default/files/2011_WhitePaper_DeathofDemographics.pdf

- "The Future of Car Sales Is Omnichannel," *Bain & Company*, September 13, 2017, https://www.bain.com/insights/the-future-of-car-sales-is-omnichannel/

- "These Mercedes-AMGs Have High Maintenance And Repair Costs," *HotCars*, February 23, 2023, https://www.hotcars.com/mercedes-amg-repairs-maintenance/

- "Understanding Memory in Advertising," *Nielsen*, February 2017, https://www.nielsen.com/us/en/insights/report/2017/understanding-memory-in-advertising/

- "Used 2017 Mercedes-Benz Mercedes-AMG C-Class," *Kelley Blue Book*, https://www.kbb.com/mercedes-benz/mercedes-amg-c-class/2017/

- "Used 2018 Mercedes-Benz C-Class Cost to Own," *Edmunds.com*, https://www.edmunds.com/mercedes-benz/c-class/2018/cost-to-own/?style=401729927

- "Used Car Questionnaire," *Edmunds.com*, https://static.ed.edmunds-media.com/unversioned/img/car-buying/used-car-worksheet/used.car.questionairre.pdf

- "Visitor Demographics," *Edmunds.com*, https://www.edmunds.com/dealers/visitor-demographics.html

- "Which Car Brands Have the Most (and Least) Loyal Owners?" *CarMax*, July 12, 2018, https://www.carmax.com/articles/ranking-car-brands-most-and-least-loyal-owners

# Appendix C

**OTHER**

- "2012 United States Consumers' Attitudes and Perceptions of Vehicle Safety: Desirability and Willingness to Pay for Safety Systems and ADAS Systems," *Frost & Sullivan*, February 2013

- "2017 Autotrader Car Tech Impact Study," *Cox Automotive*, January 2017

- "Cars Online 2003: Unlocking Hidden Value," *Cap Gemini Ernst & Young*, 2003

- "Vehicle Safety Survey: Quantifying Perceptions of Weight and Materials," *Rocky Mountain Institute*, 2008