EXHIBIT A

**In the Matter Of:**

*HADJIAN v*

*MERCEDES-BENZ USA*

*KEVIN LANE KELLER*

*April 17, 2024*

1

2 UNITED STATES DISTRICT COURT

3 NORTHERN DISTRICT OF GEORGIA

4 Civil Action No. 1:21-CV-00469-ELR

5 -----------------------------------

6 HAGOP HADJIAN, individually and

7 on behalf of a class of similarly

8 situated individuals,

9        Plaintiffs,

10     vs.

11 MERCEDES-BENZ USA, LLC,

12        Defendant.

13 -----------------------------------

14

15

16     REMOTE VIDEOTAPED DEPOSITION OF

17        KEVIN LANE KELLER

18

19        Wednesday, April 17, 2024

20        10:01 a.m. (EDT)

21

22

23 Reported By:

24 Joan Ferrara, RMR, FCRR

25 Job No. 2024-934561

2

1

2

3          April 17, 2024

4          10:01 a.m. (EDT)

5

6

7

8          Videotaped Deposition of

9    KEVIN LANE KELLER, held remotely via Zoom,

10   before Joan Ferrara, a Registered Merit

11   Reporter, Federal Certified Realtime

12   Reporter and Notary Public.

13

14

15

16

17

18

19

20

21

22

23

24

25

HADJIAN v
MERCEDES-BENZ USA

Kevin Lane Keller
April 17, 2024

3

1

2  REMOTE APPEARANCES:

3

4  ON BEHALF OF PLAINTIFFS:

5  BERGER MONTAGUE

6          1818 Market Street

7          Suite 3600

8          Philadelphia, Pennsylvania 19103

9  BY:     RUSSELL D. PAUL, ESQ.

10

11

12  ON BEHALF OF DEFENDANT:

13  WINSTON & STRAWN LLP

14          1901 L Street NW

15          Washington, D.C. 20036

16  BY:     ROLAND HARTUNG, ESQ.

17

18

19  ALSO PRESENT:

20          JOSHUA CLARKE, Videographer

21

22

23

24

25

4

1

2    --------------- I N D E X ---------------

3    WITNESS          EXAMINATION BY      PAGE

4    KEVIN LANE KELLER

5              MR. PAUL          6

6              MR. HARTUNG        140

7

8

9    --------------- EXHIBITS ----------------

10   EXHIBIT                    FOR ID.

11     (PROVIDED ELECTRONICALLY TO REPORTER)

12   Exhibit 1   Expert Report of

13            Kevin Lane Keller        56

14

15

16

17

18

19

20

21

22

23

24

25

HADJIAN v
MERCEDES-BENZ USA

Kevin Lane Keller
April 17, 2024

86

K. KELLER

1

2    A.    I don't know any of the sort of

3    legal developments, I guess, that are

4    associated with this case.  I don't know

5    that.

6    Q.    Do you know if any of the claims

7    that survived the motion to dismiss rely on

8    an individual class member's

9    decision-making process when purchasing a

10   vehicle?

11       MR. HARTUNG:  Object to the form.

12   A.    Again, I know what I was asked to

13   opine on, and that's described in my

14   report.  In terms of how that relates to

15   legal decisions and how they were rendered

16   and all that, that I don't know.

17   Q.    Is there a reason that you think

18   an individual class member's

19   decision-making process when purchasing a

20   vehicle is relevant in this litigation

21   because that was the assignment that you

22   were given?

23   A.    Well, the assignment I was given

24   is described in the report.  So I mean in

25   terms of the -- again, happy to read that

87

1        K. KELLER

2    as to how that was, how I summarized that.

3        Q.    No, I'm not asking you that

4    question.

5            I'm asking you, is the reason why

6    you think they're important -- is the

7    reason why you think an individual class

8    member's decision-making process on

9    purchasing a vehicle is important because

10   that was how the assignment was given to

11   you?

12       A.    Well, I mean, the assignment

13   dealt with how consumers in this setting

14   made purchases and how this alleged defect

15   impacted that, those purchases -- just to

16   paraphrase, again with the language in the

17   report being, I think, more careful because

18   it's just able to be -- when I have a

19   chance to write it, I can write it more

20   carefully than I can sort of summarize it

21   now.

22           But that was the basic approach,

23   I guess, if you will, that I sort of took

24   in this report or assignment that I was

25   dealing with, which was how individuals

88

1            K. KELLER

2    made purchase decisions and how the alleged

3    defect factored into that.  I describe it

4    in, I think more clearly and probably more

5    concisely in the report itself.

6        Q.    Other than the assignment you

7    were given, do you have any other basis to

8    conclude that it is relevant in this

9    litigation that an individual's class

10   member's decision-making process when

11   purchasing a vehicle is important here?

12       A.    I mean, it's -- I mean, I'm

13   sorry, I'm just having a little trouble

14   grasping the question because it seems as

15   if it's almost legal in how it's --

16       Q.    It's not a legal question.

17   Why didn't you investigate whether an

18   individual class member's decision-making

19   process when purchasing a vehicle in your

20   report?  Is it because that's how the

21   assignment was given to you.

22           MR. HARTUNG:  Objection to form.

23       A.    And again, I think as I look at

24   my assignment, it says I've been asked for

25   counsel for MBUSA to evaluate consumer car

89

1           K. KELLER

2    buying behavior in order to assess whether

3    knowledge of the alleged issue with the

4    class vehicle's bumper covers and air

5    inlets would have influenced the purchasing

6    decisions of all consumers who made up the

7    proposed class.

8            So in that sense, I was looking

9    at individual consumers as any class or any

10   group is made up of individuals, so...

11      Q.   I know that's what you were

12   looking at.  Is the answer to my question

13   yes or no?

14      A.   I don't follow your question, I'm

15   sorry.  Like I said, it seems to me you're

16   asking for legal --

17      Q.   I am not asking for anything

18   legal.

19           Is the reason that you focused on

20   individual class member's consumer buyer

21   behavior because of the assignment that was

22   given to you?

23      A.   Well, I just read the assignment

24   that was given to me.  And to the extent to

25   which you would characterize it in the way

1              K. KELLER

2    you just characterized that question, that

3    alliance with the assignment.  So that's

4    why I'm just having trouble --

5       Q.    So the answer is yes?

6             MR. HARTUNG:  Counsel, can you

7         please let the witness finish before

8         you ask another question?

9       A.    No, the answer is not yes.  The

10   answer is, again, I don't really understand

11   your question.  So I explained to you what

12   my assignment was and I don't really

13   understand the kind of comparison that

14   you're making.  So I don't really follow

15   your question, I guess.

16      Q.    Did you read the Complaint and

17   conclude of your own volition that an

18   individual consumer's purchasing decision

19   was relevant here?

20      A.    I was given an assignment which,

21   now -- and then was given information which

22   included the complaint to address that

23   assignment, and that's what guided my

24   analysis.

25             I'm just not sure that what

91

1          K. KELLER

2  you're describing was -- I don't quite

3  follow it and I don't quite see how it

4  factored into what I was doing.

5     Q.    Thank you for that response.

6          MR. PAUL:  Court Reporter, can

7     you please read back my question?

8          (The requested portion was read

9     back by the Court Reporter.)

10    A.    I mean, I didn't read the

11  complaint and, you know, make -- draw

12  conclusions about what aspects I felt were

13  relevant to whatever kinds of things I

14  could possibly do, of all the kinds of

15  things I could do.

16          I had an assignment and was asked

17  to consider it, and so read the complaint

18  with certainly that assignment which I was

19  asked to do as an expert and consider a

20  behavior expert and all of that.

21          So I didn't independently try to

22  arrive at some -- at a different assignment

23  or anything like that.  I was given an

24  assignment.

25    Q.    Do you know if any of the claims

HADJIAN v
MERCEDES-BENZ USA

Kevin Lane Keller
April 17, 2024

106

1          K. KELLER

2    that input that was part of the analysis.

3      Q.    Did you conduct any study of the

4    specific proposed class members here?

5      A.    I didn't study anything -- any

6    specific -- I didn't -- well, I studied the

7    class members in the sense of the

8    application of those principals to these

9    class members.  I didn't collect primary

10   data on the class members.

11     Q.    And when you say the bumper

12   covers, air -- when you say the issue of

13   the bumper covers and air inlets would

14   likely not have influenced the purchasing

15   decision of some proposed class members,

16   how unlikely?

17     A.    I'm sorry, the question is

18   referring to would likely not have?

19     Q.    Would likely not.  Can you

20   quantify that?

21     A.    No, not necessarily.  I think

22   that what the report I think talks about

23   and provides evidence on is, under that

24   paragraph 23, is both A and B, and how that

25   would relate to class members, and

Case 1:21-cv-00469-ELR    Document 142-3    Filed 04/26/24    Page 14 of 30

HADJIAN v
MERCEDES-BENZ USA

Kevin Lane Keller
April 17, 2024

107

1          K. KELLER

2    therefore the likely that they would have

3    been influenced.  But I didn't do any sort

4    of formal estimation that have probability.

5      Q.    And when you say would likely not

6    have influenced the purchasing decisions of

7    some proposed class members, how many?

8      A.    Well, this -- again, this

9    particular paragraph is referring, kind of

10    providing two instances of prior knowledge

11    and kind of preferences and priorities, if

12    you will, in how that would impact certain

13    class members.

14          Again, I didn't estimate, you

15    know, didn't do any formal estimate or

16    forecast of that, of what that -- of what

17    that number would be.

18      Q.    Turning your attention to page 8,

19    you write in paragraph 25:  In this

20    section, I highlight the extensive

21    marketing and consumer behavior academic

22    literature, as well as the considerable

23    market research from the automotive

24    industry relative to my assignment.

25          MR. HARTUNG:  Objection to form.

108

1          K. KELLER

2          MR. PAUL:  Well, I didn't ask the

3     question yet.

4     Q.    Did you do any of your own

5     independent market research of the putative

6     class members here?

7          MR. HARTUNG:  Objection.  Form.

8     A.    No, there is no primary data

9     collection.  So it was -- again, there was

10    a lot of -- as the sentence suggests, there

11    was a lot of relevant source material to

12    use.  But no, I didn't, I didn't do any

13    primary data collection.

14    Q.    You write in paragraph 28 on page

15    9:  Not only do consumers vary in the

16    amount of information they gather, but they

17    also differ in the degree to which they use

18    any of the available sources of information

19    in their purchasing decisions.

20          Did you survey any of the class

21    members here to determine the types or

22    amount of information they gathered?

23    A.    No.  There's not any -- primary

24    data collection is, as I think I talked

25    about before in the previous paragraph, I

HADJIAN v
MERCEDES-BENZ USA

Kevin Lane Keller
April 17, 2024

109

1          K. KELLER

2    think we looked at, or paragraph 25, this

3    research looks at vehicle buyers, which

4    would include members of the proposed

5    class.  Many of these surveys, at least

6    would potentially.  But there's no primary

7    data collection beyond that.

8        Q.    When you write that consumers

9    "also differ in the degree to which they

10   use any of the available sources of

11   information in their purchasing decision,"

12   did you poll any of the class members to

13   ask them the difference in degrees that

14   they used the available sources of

15   information in their purchasing decision?

16       A.    Again, there was no primary data

17   collection.  There was a lot of secondary

18   data that was relevant and applicable, and

19   that's what the rest of the paragraph

20   highlights some of that.

21       Q.    Is that also true for paragraph

22   29 when you say consumers also vary in the

23   specific sources of information they

24   consider, and the importance they assign to

25   those different sources?

110

1          K. KELLER

2     A.    Again, there's no primary data

3  collection.  I think the paragraph or the

4  paragraphs go on to describe some of the

5  secondary sources of information and data

6  that are relevant and helpful in the

7  analysis.

8     Q.    You write in paragraph 32 on page

9  11:  Some consumers, however, may not even

10  consider information from third-party

11  sources when making a decision to purchase

12  a vehicle.

13          Did you ask any of the class

14  members here if they considered third-party

15  sources on making a decision to purchase a

16  vehicle?

17     A.    And again, I didn't do any

18  primary data collection in this instance

19  either.

20     Q.    And you write in paragraph 33 on

21  page 12:  Some consumers would not consider

22  information from third-party sources

23  because of their reliance on personal

24  experience, word of mouth, or advice from

25  friends and family in purchasing a vehicle.

Case 1:21-cv-00469-ELR    Document 142-3    Filed 04/26/24    Page 18 of 30
HADJIAN v                                                  Kevin Lane Keller
MERCEDES-BENZ USA                                          April 17, 2024

111

1              K. KELLER

2         Do you know what percentage of

3    the class members here would rely on

4    personal experience in purchasing a

5    vehicle?

6         A.    I don't know that specifically.

7    I think the paragraph continues to describe

8    other data sources about Mercedes drivers

9    and vehicles in different ways.  But I

10   don't have any -- anything specific, any

11   primary data collection specific to that.

12        Q.    What about for word of mouth?

13        A.    That's true, too.

14        Q.    What about advice from friends?

15        A.    And again, there's not many

16   primary data collections associated with

17   that.

18        Q.    You write on page 13 in paragraph

19   34:  Information from the manufacturer or

20   distributor received either directly or

21   through a third party is recalled at the

22   time of the purchase decision will depend

23   on the memory of an individual consumer and

24   other factors affecting the ability to

25   recall that information.

1           K. KELLER

2           Do you recall what information

3    was recalled at the time of purchase by the

4    class members here?

5       A.    I didn't do a survey of that.  I

6    think what this is pointing to is that this

7    is going to be a function of different

8    individuals in their abilities to recall

9    their -- to have stored and -- coded,

10   stored and retrieved that information.

11          So it's akin to the other

12   passages that we've looked at that -- in

13   this case it's talking about just

14   consumer -- all consumers and how they

15   process information and how that varies

16   across individuals.  And that's what that

17   sentence sort of speaks to.

18      Q.    So you didn't survey any of the

19   class members here to determine what the

20   information they recalled at the time of

21   purchase, is that correct?

22      A.    I didn't do any specific

23   estimates of that.  I think what I did do

24   is apply some of my own research about how

25   memory varies across individuals depending

Case 1:21-cv-00469-ELR    Document 142-3    Filed 04/26/24    Page 20 of 30
HADJIAN v                                                              Kevin Lane Keller
MERCEDES-BENZ USA                                                      April 17, 2024

127

1          K. KELLER

2    record.

3  BY MR. PAUL:

4     Q.    Dr. Keller, on page 21 of your

5  report in paragraph 51, you write:  Some

6  consumers negotiate over price what others

7  do not.

8          What percentage of the consumers

9  in the class here negotiate over a price?

10         MR. HARTUNG:  Objection to form.

11    A.    Again, I didn't do a formal

12  quantitative analysis to estimate that.  So

13  that was not part of my analysis.

14    Q.    On page 23, in paragraph 55, you

15  write:  Individualized inquiries would be

16  necessary to identify individuals who may

17  have been aware of the alleged issue when

18  they bought their class vehicle.

19          I'm going to truncate the

20  sentence there.

21          Do you know which individuals in

22  the class may have been aware of the

23  alleged issue when they bought their class

24  vehicles?

25          MR. HARTUNG:  Objection to form.

129

1            K. KELLER

2    pointing out how individuals vary on that,

3    in the heterogeneity that's sort of

4    involved with that knowledge and how that

5    knowledge would get used.

6        Q.    In paragraph 58 on page 24, you

7    write:  Some of those proposed class

8    members may not have cared about the

9    alleged issue and may not have bought their

10   vehicles regardless.

11           Have you polled any class members

12   to see if they would have cared about the

13   alleged issue?

14           MR. HARTUNG:  Objection to form.

15       A.    I did not do a survey, no.

16       Q.    When you say some may not have

17   cared, could -- how many is some?

18           MR. HARTUNG:  Objection to form.

19       A.    I'm sorry, again, I didn't do a

20   formal, you know, estimate or forecast of

21   that.

22       Q.    And you say may not have cared,

23   but could many have cared?

24       A.    All it's saying sits' some.  It's

25   not trying to assess the number and it's

1          K. KELLER

2    pointing out that as this whole section

3    develops that there are a lot of

4    differences in knowledge and also then

5    whether or not it would matter or not.

6          So there's -- you know, I think

7    it's pointing that out and using that

8    language, but not trying to come up with

9    any sort of estimate.

10    Q.    When it says some might not have

11    cared, could that also mean that all may

12    have cared?  Could that be true?

13    A.    Well, certainly all the analysis

14    that, you know, is in the report and

15    certainly related to this topic points out

16    there's a lot of heterogeneity in variation

17    in perceptions and preferences, and that's

18    certainly true with Mercedes and these

19    class of vehicles especially.

20          So it's pointing out that there's

21    going to be other priorities that they have

22    that are going to supersede, and that would

23    be the case certainly why it's pointing out

24    that some may not have cared.

25    Q.    But you don't know the priorities

131

1          K. KELLER

2     that may supersede here among these class

3     members, is that correct?

4          A.    I didn't do a formal analysis of

5     that, no.  It's more an application of the

6     consumer behavior in automobiles across a

7     lot of different settings.

8          Q.    And on page 25 in paragraph 60,

9     you write:  Some proposed class members

10    likely already considered and expected to

11    potentially incur high or higher

12    maintenance and repair costs when they

13    purchased class vehicles, and would

14    therefore likely not have changed their

15    vehicle purchasing decision in light of the

16    alleged issue with the class vehicle's

17    bumper covers and air inlets.

18            I just want it break that down

19    and ask some questions.  Some class members

20    likely already considered.  Some is how

21    many?

22         A.    Again, the report didn't -- in my

23    analysis didn't try to quantify the

24    specific number.

25         Q.    Did you poll any of the class

132

1              K. KELLER

2    members?

3          MR. HARTUNG:  Objection to form.

4      A.    I'm sorry, did I not conduct a

5    survey.

6      Q.    And you say likely already

7    considered and expected to potentially

8    incur high or higher maintenance and repair

9    costs.

10          Likely is -- can you quantify

11    "likely"?

12      A.    No, it's not -- it was not -- I

13    didn't -- again, the purpose of that

14    statement in the analysis here was not to

15    quantify that, was to point out that given

16    the reputation and the, you know, public

17    reputation and all the information that's

18    out there about Mercedes and these class

19    vehicles, that there would be expectations

20    that would likely be evident for some

21    consumers, and that's what that remembers

22    to.

23      Q.    Does likely mean possibly?

24      A.    Well, again some would have

25    considered it, and it's just likely

133

1          K. KELLER

2    considered, and it's just pointing out that

3    that information was available in -- or

4    information about the, you know, potential

5    maintenance and repair costs would have

6    been out there specific to this, you know,

7    the actual vehicle, alleged vehicle here.

8          So because of that, the

9    consumers, some consumers would have

10   factored that in.  And it's not trying to

11   estimate how many did already know about

12   that and found out about it and how many

13   then brought that in to their forecast or

14   expectations about maintenance and repair

15   costs.  It's just pointing out that there's

16   going to be some and there's going to be

17   variation on that across consumers.

18       Q.    Well, you just testified would

19   have considered.  But that's not the same

20   as likely already considered, is it?  Would

21   have means something differently than

22   likely, correct?

23       A.    Well, it's saying some likely

24   already considered.  So it's just pointing

25   out that likely says -- I'm not saying that

134

1              K. KELLER

2    all would have.  I'm just saying some would

3    have and that's -- I think that's

4    consistent with the notion that some

5    proposed class members likely already

6    considered and expected to potentially

7    incur.  It's just --

8        Q.    But you wrote some -- I didn't

9    mean to interrupt you.  Go ahead.

10       A.    So I'm just saying that that's --

11   I don't know.  I didn't do a survey.  I

12   don't know.  And that's why I present it as

13   that some would likely already consider and

14   expect.  So that's the language -- and I

15   think that language is the right language

16   to include here.

17       Q.    And so it would not be the same

18   as some -- some class members likely

19   already considered would not be the same as

20   some proposed class members definitively

21   already considered?

22       A.    Well, not definitively because I

23   didn't do the research.  So it's more that

24   that likelihood is it would have -- is --

25   what I'm pointing out is the extent to

Case 1:21-cv-00469-ELR    Document 142-3    Filed 04/26/24    Page 27 of 30

HADJIAN v
MERCEDES-BENZ USA

Kevin Lane Keller
April 17, 2024

135

1          K. KELLER

2   which they had that information and, you

3   know, already thought about what might be

4   involved in terms of the maintenance and

5   repair costs associated, but didn't

6   necessarily change their purchasing

7   decisions as a result of that.

8       Q.    And at the last part of that

9   sentence "would therefore likely not have

10  changed their vehicle purchasing decision,"

11  again, can you quantify that?

12      A.    No.  I didn't do a normal

13  estimate of that in any way.  So it's based

14  on all the other analysis and input and

15  sources in the report.

16      Q.    Well, when you say "likely,"

17  doesn't that leave open the opportunity for

18  the opposite to consider, that they

19  therefore likely or maybe would have

20  changed their vehicle purchasing decision?

21      A.    Well, again, this statement is

22  talking about the fact that Mercedes in the

23  AMG models -- this passage -- that Mercedes

24  and AMG models are well-known for having

25  comparatively higher maintenance and repair

147

1        K. KELLER

2        MR. HARTUNG:  Two-day delivery is

3    what we did.  So we'll just do that

4    again.

5        COURT REPORTER:  Paul, you have

6    the same.  I have your order already.

7        MR. PAUL:  Okay.  It's the same

8    two-day delivery, great.  Thank you.

9        MR. HARTUNG:  Thanks very much.

10        (Time noted:  1:36 p.m. EDT)

11

12

13        _____

14        KEVIN LANE KELLER

15

16   Subscribed and sworn to before me

17   this ___ day of _____, 2024.

18

19   _____

20

21

22

23

24

25

148

1

2        REPORTER CERTIFICATE

3

4        I, Joan Ferrara, do hereby

5    certify:

6        That said proceedings were taken

7    at the time and place herein named;

8        And that the transcript is a true

9    record of the testimony as reported by

10   me, a disinterested person, and was

11   thereafter transcribed.

12       I further certify that I am not

13   interested in the outcome of the said

14   action, nor connected with, nor

15   related to any of the parties in said

16   action, nor to their respective

17   counsel.

18       IN WITNESS WHEREOF, I have

19   hereunto set my hand this 19th day of

20   April, 2024.

21

22       _____

23            Joan Ferrara

24

25

149

1

2        DEPOSITION ERRATA SHEET

3   Case Caption:  HADJIAN V. MERCEDES-BENZ

4

5        DECLARATION UNDER PENALTY OF PERJURY

6            I declare under penalty of perjury

7   that I have read the entire transcript of my

8   Deposition taken in the captioned matter or

9   the same has been read to me, and the same is

10  true and accurate, save and except for

11  changes and/or corrections, if any, as

12  indicated by me on the DEPOSITION ERRATA

13  SHEET hereof, with the understanding that I

14  offer these changes as if still under oath.

15

16

17  _____

18        KEVIN LANE KELLER

19

20  Subscribed and sworn to on the _____ day of

21  _____, 2024, before me,

22  _____

23  Notary Public, in and for the State of

24  _____

25