**FORM 1A**

**NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| HAGOP HADJIAN, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a New Jersey corporation,<br><br>Defendant. | Civil Action No.: 1:21-CV-00469-ELR<br><br>Notice of Appeal |

HAGOP HADJIAN appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on February 26, 2025.

Dated: March 18, 2025

Respectfully submitted,

*s/Gary Blaylock "Blake" Andrews, Jr.*

Gary Blaylock "Blake" Andrews, Jr.
Georgia Bar No. 019375
Blake Andrews Law Firm, LLC
1831 Timothy Drive
Atlanta, GA 30329
Telephone: (770) 828-6225
Facsimile: (866) 828-6882

Email: blake@blakeandrewslaw.com

Russell D. Paul*
Amey J. Park*
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: 215-875-3000
Fax: 215-875-4604
Email:
rpaul@bm.net
apark@bm.net

Cody R. Padgett*
Abigail J. Gertner*
Nathan N. Kiyam*
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: 310-556-4811
Fax: 310-943-0396
Email:
Cody.Padgett@capstonelawyers.com
Abigail.Gertner@capstonelawyers.com
Nate.Kiyam@capstonelawyers.com

*admitted pro hac vice

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGEMENT OF A DISTRICT COURT** to all counsel of record via the Court's CM/ECF system.

This 18th day of March 2025.

*/s/G. Blake Andrews*
Gary Blaylock "Blake" Andrews, Jr.