**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | | |
|---|---|---|
| HAGOP HADJIAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-00469-ELR |
| | * | |
| MERCEDES BENZ USA, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**ORDER**

Before the Court is Plaintiff Hagop Hadjian's Motion to Review Taxation of Cost. [Doc. 173].

Plaintiff requests that the Court either deny Defendant's bill of cost without prejudice with leave to re-file following the resolution of Plaintiff's appeal or reduce the bill of costs and the costs taxed by the Clerk.

Here, on February 26, 2025, following the Court's grant of summary judgment to Defendant, the Clerk entered judgment in favor of Defendant. [Docs. 164, 165]. Thereafter, Defendant filed its Bill of Costs [Doc. 167] and Plaintiff filed a notice of appeal [Doc. 168]. On 14-days' notice by Defendant, the Clerk taxed the costs in Defendant's Bill of Costs. [See Docs. 166, 171]. Plaintiff then filed a timely motion for review of that action. See Fed. R. Civ. P. 54(d)(1).

Although filing a notice of appeal generally divests a district court of jurisdiction with respect to any matter related to the appeal, the district court may nevertheless deny motions for fees and costs without prejudice pending the conclusion of the appeal. See Landon v. City of N. Port, No. 15-cv-2272, 2018 WL 904301, at *1 (M.D. Fla. Jan. 20, 2018), R&R adopted, 2018 WL 894012 (M.D. Fla. Feb. 14, 2018); cf. Grovner v. Georgia Dep't of Nat. Res., 13-CV-89, 2015 WL 6453163, at *2 (S.D. Ga. Oct. 23, 2015) ("As the Advisory Committee's Note to Rule 54 explains—albeit in the context of costs owing to attorney's fees—'[i]f an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing . . . a new period for filing after the appeal has been resolved.'") (quoting Fed. R. Civ. P. 54(d)(2) Advisory Committee's Note to 1993 Amendment).

Considering that this case is on appeal, "the Court determines that the ends of justice would be better served by denying the Bill of Costs without prejudice and with leave to re-file after the conclusion of the appeal." Teagan v. City of McDonough, No. 15-CV-00607-ELR, 2018 WL 10455935, at *1 (N.D. Ga. May 9, 2018). Accordingly, the Court grants Plaintiff's request to deny without prejudice and with leave to re-file the Bill of Costs and, thus, it denies the request to reduce the Bill of Costs and the costs taxed at this time.

For the reasons set forth above, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's Motion to Review Taxation of Cost. [Doc. 173]. The Court **DENIES WITHOUT PREJUDICE** Defendant's Bill of Costs. [Doc. 167]. Defendant may re-file its Bill of Costs within **14 DAYS** of the final resolution of the appeal.

**SO ORDERED**, this 6th day of October, 2025.

Eleanor L. Ross
United States District Judge
Northern District of Georgia